Certificate Number: 03088-TXN-CC-036172518



03088-TXN-CC-036172518

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 30, 2021, at 8:34 o'clock PM CST, AVANINDRAKUMAR S PATEL received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  November 30, 2021       By:   /s/Dennis Nichols

                               Name: Dennis Nichols

                               Title: Counselor II

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).