**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Avanindrakumar** First Name | **Sombhai** Middle Name | **Patel** Last Name |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name | **A.** Middle Name | **Patel** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-20266-7**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**6707 Blossom Ct**
Street address, if available, or other description

**Amarillo**    **TX**    **79124**
City    State    ZIP Code

**Potter**
County

**6707 Blossom Ct, Amarillo, TX 79124**
**WESTCLIFF PARK # 39 LOT 006**
**BLOCK 0001**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$304,675.00

**Current value of the portion you own?**
$304,675.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................➔ $304,675.00

Debtor 1    **Avanindrakumar Sombhai Patel**
Debtor 2    **Ranjanben A. Patel**

Case number (if known)    **21-20266-7**

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Nissan** | ☐ Debtor 1 only | | |
| Model: | **Frontier** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2001** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **68,000** | ☐ At least one of the debtors and another | **$300.00** | **$300.00** |

Other information:
**2001 Nissan Frontier (approx. 68,000 miles) (Issue with belts and steering. Not operable)**

☑ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | | |
| Model: | **Odyssey Van** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2008** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **140,000** | ☐ At least one of the debtors and another | **$5,875.00** | **$5,875.00** |

Other information:
**2008 Honda Odyssey Van (approx. 140,000 miles) (Brakes and steering issues)**

☑ Check if this is community property (see instructions)

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | | |
| Model: | **Odyssey** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2015** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **30,000** | ☐ At least one of the debtors and another | **$17,725.00** | **$17,725.00** |

Other information:
**2015 Honda Odyssey (approx. 30,000 miles)**

☑ Check if this is community property (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................** ➔ | **$23,900.00** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**

Case number (if known)  **21-20266-7**

**6.**  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☒ Yes. Describe.....   **All household goods and furnishings including all electronics**     **$12,000.00**

**7.**  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☒ No
    ☐ Yes. Describe.....

**8.**  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☒ No
    ☐ Yes. Describe.....

**9.**  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☐ No
    ☒ Yes. Describe.....   **2002 Treadmill and foot massager**     **$100.00**

**10.**  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe.....

**11.**  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe.....   **All clothing including wearing apparel, shoes, and accessories**     **$1,500.00**

**12.**  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes. Describe.....   **Wedding rings and all other jewelry worth value**     **$1,000.00**

**13.**  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe.....

**14.**  **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Give specific information.............

**15.**  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here......................................................................................** ➔   **$14,600.00**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................... Cash: ...........................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................     Institution name:

| 17.1. | Checking account: | Happy State Bank Checking account 0547 (Social Security Deposits Only) | $7,000.00 |
|---|---|---|---|
| 17.2. | Checking account: | Happy State Bank Checking account 9800 | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Aims Management LLC owed to Debtor 1 | 20% | $80,107.00 |
| Happy Growth LLC owed to Debtor 2 | 100% | $104.00 |
| Panhandle Hospitality LLC (Budget Inn, Guymon, Oklahoma) owed to Debtor 2 | 11% | $87,000.00 |
| Prime Hospitality LLC (Best Western Plus, Pratt, Kansas) owed to Debtor 2 | 12% | $64,000.00 |
| Diva Hospitality LLC (Comfort Suites, Pratt, Kansas) owed to Debtor 2 | 11% | $205,040.00 |
| Axar Hospitality LLC (Holiday Inn Express, Perryton, Texas) owed to Debtor 2 | 15% | $28,333.00 |
| Dev Investments owed to Debtor 2 (Also see no. 33 regarding Dev Investments) | 14% | $181,000.00 |

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific
   information about
   them......................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☒ Yes. List each
   account separately.   Type of account:   Institution name:

| | | Institution name | |
|---|---|---|---|
| | IRA: | **Investco IRA** | **$68,000.00** |
| | IRA: | **Venerable IRA** | **$69,036.82** |
| | IRA: | **Investco IRA** | **$89,000.00** |
| | IRA: | **Venerable IRA** | **$49,504.75** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No
☐ Yes.......................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes.......................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes.......................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific
   information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific
   information about them

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific
   information about them

| | |
|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** |
| Debtor 2 | **Ranjanben A. Patel** |

Case number (if known) **21-20266-7**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Allstate Term Life Insurance (Policy amount $800,00)** | | **$0.00** |
| **Allstate Term Life Insurance (Policy amount $600,00)** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........ **See continuation page(s).** **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim......... _____

Debtor 1    **Avanindrakumar Sombhai Patel**
Debtor 2    **Ranjanben A. Patel**                                  Case number (if known) **21-20266-7**

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes. Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................ ➜    $5,937,125.57

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.
    ☒ Yes. Go to line 38.

                                                                                    **Current value of the portion you own?**
                                                                                    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☒ Yes. Describe.   **See paragraph no. 19 for stock distributions owed**    $0.00

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☒ No
    ☐ Yes. Describe..

41. **Inventory**

    ☒ No
    ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

    ☒ No
    ☐ Yes. Describe..... Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☒ No
    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
          ☐ No
          ☐ Yes. Describe....

Debtor 1  **Avanindrakumar Sombhai Patel**
Debtor 2  **Ranjanben A. Patel**                                Case number (if known) __21-20266-7__

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................... ➔  | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____    _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................    _____    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................    _____    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**...................................................................................... ➔  | $0.00 |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................ ➔ | **$0.00** |

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................... ➔ $304,675.00

56. **Part 2: Total vehicles, line 5** $23,900.00

57. **Part 3: Total personal and household items, line 15** $14,600.00

58. **Part 4: Total financial assets, line 36** $5,937,125.57

59. **Part 5: Total business-related property, line 45** $0.00

60. **Part 6: Total farm- and fishing-related property, line 52** $0.00

61. **Part 7: Total other property not listed, line 54** + $0.00

62. **Total personal property.** Add lines 56 through 61.................. | $5,975,625.57 | Copy personal property total ➔ + $5,975,625.57

63. **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................. | $6,280,300.57 |

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

33.  Claims against third parties (details):

**Potential claim against Aims Management LLC and four members (Mukesh Patel, Vishal Patel, Ishverbhai T. Bhakta, and Dhiru N. Patel) All members withdrew $75,000 each and currently still owe Debtor 1 his $75,000 portion.**
**\*No lawsuit has been filed at this time**                                                                    **$75,000.00**

**Potential claim against Vishal Patel and Chetna Patel regarding a promissory note dated August 1, 2015 for funds loaned. Owed to Debtor 2**
**Last payment was made in 02/2017**
**\*No lawsuit has been filed at this time**                                                                    **$53,000.00**

**Potential claim against Fusion Management LLC, Fusion hotel and Member Denny Bhakta. Owed to Debtor 2 and Happy Growth LLC**
**\*No lawsuit has been filed at this time**                                                                 **$4,700,000.00**

**Potential claim against Dev Investment LLC and members(Holiday Inn Express, Guymon, Oklahoma) Joint debtor had a 14% interest in company. Company was sold at $6.2 million plus and funds in the Dev Investment LLC bank account. Owed to Debtor 2**
**\*No lawsuit has been filed at this time**                                                                   **$181,000.00**

**Plus Stock values listed in paragraph 19, Directors refuse to pay distributions owed.**
**$80,000 to Debtor 1**
**Balance owed to Debtor 2**                                                                                       **Unknown**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Avanindrakumar** First Name | **Sombhai** Middle Name | **Patel** Last Name |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name | **A.** Middle Name | **Patel** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-20266-7**

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **6707 Blossom Ct, Amarillo, TX 79124 WESTCLIFF PARK # 39 LOT 006 BLOCK 0001** Line from *Schedule A/B*: __1.1__ | $304,675.00 | ☑ $304,675.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2008 Honda Odyssey Van (approx. 140,000 miles) (Brakes and steering issues)** Line from *Schedule A/B*: __3.2__ | $5,875.00 | ☑ $5,875.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**                                         Case number (if known)   **21-20266-7**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2015 Honda Odyssey (approx. 30,000 miles)**<br>Line from *Schedule A/B*: **3.3** | $17,725.00 | ☑ $17,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**All household goods and furnishings including all electronics**<br>Line from *Schedule A/B*: **6** | $12,000.00 | ☑ $12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2002 Treadmill and foot massager**<br>Line from *Schedule A/B*: **9** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**All clothing including wearing apparel, shoes, and accessories**<br>Line from *Schedule A/B*: **11** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Wedding rings and all other jewelry worth value**<br>Line from *Schedule A/B*: **12** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Happy State Bank Checking account 0547 (Social Security Deposits Only)**<br>Line from *Schedule A/B*: **17.1** | $7,000.00 | ☑ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| Brief description:<br>**Investco IRA**<br>Line from *Schedule A/B*: **21** | $68,000.00 | ☑ $68,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Venerable IRA**<br>Line from *Schedule A/B*: **21** | $69,036.82 | ☑ $69,036.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description:<br>**Investco IRA**<br>Line from *Schedule A/B*: **21** | $89,000.00 | ☑ $89,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |

Debtor 1    **Avanindrakumar Sombhai Patel**
Debtor 2    **Ranjanben A. Patel**

Case number (if known)    **21-20266-7**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Venerable IRA** Line from *Schedule A/B*: **21** | **$49,504.75** | ☑ **$49,504.75** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(n)** |
| Brief description: **Allstate Term Life Insurance (Policy amount $800,00)** Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description: **Allstate Term Life Insurance (Policy amount $600,00)** Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Avanindrakumar** First Name | **Sombhai** Middle Name | **Patel** Last Name |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name | **A.** Middle Name | **Patel** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-20266-7**

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

2.1

_____
Creditor's name

_____
Number    Street

_____

_____
City          State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

**$0.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$0.00**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Avanindrakumar** | **Sombhai** | **Patel** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Ranjanben** | **A.** | **Patel** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-20266-7**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | |
|---|---|

| Priority Creditor's Name | Last 4 digits of account number __ __ __ __ |
|---|---|
| Number        Street | **When was the debt incurred?** _____ |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City            State    ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ At least one of the debtors and another | |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | | |
| | | Case number (if known) | **21-20266-7** |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

**4.1**                                                                                   **$74.00**

**AES**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 64378**

**St. Paul**          **MN**     **55164**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   6   9   4**
When was the debt incurred?   **04/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

**4.2**                                                                                   **$74.00**

**AES**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 64378**

**St. Paul**          **MN**     **55164**
City                         State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4   5   5   3**
When was the debt incurred?   **04/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

**Part 2:**    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$1,156,300.94**

**AIMS MANAGEMENT LLC**
Nonpriority Creditor's Name
**3438 PEBBLE CREEK DR**
Number    Street

**MISSOURI CITY**    **TX**    **77459**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☒ Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Unsecured**

**4.4**

**$62,876.71**

**ALPESH R. PATEL**
Nonpriority Creditor's Name
**39301 I40 EAST**
Number    Street

**AMARILLO**    **TX**    **79103**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

Last 4 digits of account number ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Unsecured**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|----------|------------------------------|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.5

**$0.00**

**American Honda Finance**
Nonpriority Creditor's Name
**Attn: National Bankruptcy Center**
Number    Street
**PO Box 168088**

**Irving**          **TX**      **75016**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8    6    3    4**
**When was the debt incurred?**    **01/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Automobile**

### 4.6

**$0.00**

**ARM PVC LLC**
Nonpriority Creditor's Name
**6119 ABERCOMBIE LN**
Number    Street

**SUGARLAND**          **TX**      **77479**
City              State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured**

| | |
|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** |
| Debtor 2 | **Ranjanben A. Patel** |

Case number (if known) **21-20266-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| Total claim |
|---|

| 4.7 | | $423,508.47 |
|---|---|---|

**ARTI PATEL & JAYESH PATEL**
Nonpriority Creditor's Name
**2725 CASCADE DR**
Number       Street

**PLANO**      **TX**      **75025**
City                State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| 4.8 | | $0.00 |
|---|---|---|

**AXAR HOSPITALITY LLC**
Nonpriority Creditor's Name
**HOLIDAY INN EXPRESS**
Number       Street
**2723 S. MAIN ST.**

**PERRYTON**      **TX**      **79070**
City                State      ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [x] Yes

**Money in corporate account due to Debtor 2 for her 15% ownership**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

### 4.9

| | | | **$0.00** |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 982234**

**El Paso                 TX       79998**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   7   9   0   8
**When was the debt incurred?**   11/2001

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

### 4.10

| | | | **$0.00** |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number       Street
**PO Box 982234**

**El Paso                 TX       79998**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   7   9   6
**When was the debt incurred?**   02/09/1996

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.11

**$8,000,000.00**

**Bank Of The Panhandle**
Nonpriority Creditor's Name
**Po Box 2180**
Number        Street

**Guymon**               **OK**    **73942**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Last 4 digits of account number  **0   4   0   8**
When was the debt incurred?  **01/2009**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Business Loan and Personal Guarantee by debtors**

**There is collateral for the Principal Hotel corporation. See Paragraph 19 Schedule B**

### 4.12

**$0.00**

**BHAKTI N. PATEL**
Nonpriority Creditor's Name
**1907 LUTHER ROAD**
Number        Street

**IRVING**               **TX**    **75068**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured**

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**

Case number (if known)   **21-20266-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.13 | | $1,344,238.10 |
|---|---|---|

**BHARTI PATEL**
Nonpriority Creditor's Name
**6311 BASSWOOD LANE**
Number          Street

**AMARILLO          TX     79124**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

| 4.14 | | $45.00 |
|---|---|---|

**Certified Collectors, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**PO Box 1906**

**Amarillo          TX     79105**
City                        State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4 7 5 8
**When was the debt incurred?** 04/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Debt**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | **21-20266-7** |

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.15**

| | **$59.00** |
|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 15298**

**Wilmington          DE     19850**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _7_ _3_ _9_ _7_
**When was the debt incurred?** _02/2005_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.16**

| | **$0.00** |
|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 15298**

**Wilmington          DE     19850**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _8_ _1_ _5_ _6_
**When was the debt incurred?** _02/11/2016_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.17**

| | **$0.00** |
|---|---|

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 15298**

**Wilmington          DE     19850**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _9_ _6_ _0_ _7_
**When was the debt incurred?** _03/28/2015_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | | |
| | | Case number (if known) | **21-20266-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

### 4.18

| | **$0.00** |
|---|---|

**CHETNA PATEL**
Nonpriority Creditor's Name
**3438 PEBBLE CREEK DR**
Number          Street

_____

**MISSOURI CITY          TX     77459**
City                              State     ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [ ] No
- [x] Yes

**Creditor owes Debtor 1 $53,000**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

### 4.19

| | **$0.00** |
|---|---|

**Citi/Sears**
Nonpriority Creditor's Name
**Citibank/Centralized Bankruptcy**
Number          Street
**PO Box 790034**

_____

**St Louis          MO     63179**
City                              State     ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _7_ _1_ _2_ _3_
**When was the debt incurred?** **05/05/2013**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**                                     Case number (if known)   **21-20266-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.20 | | $0.00 |
|---|---|---|

**DENNY THAKORBHAI BHAKTA**
Nonpriority Creditor's Name
**9984 SCRIPPS RANCH BLVD**
Number    Street
**APT 173**

**SAN DIEGO            CA      92131**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Creditor owed Debtors $4.7 million**

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

| 4.21 | | $0.00 |
|---|---|---|

**DEV INVESTMENTS LLC**
Nonpriority Creditor's Name
**701 SE HWY 3**
Number    Street

**GUYMON              OK      73942**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Recently sold. Creditor owes Debtor 2 $181,000**

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

| | |
|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** |
| Debtor 2 | **Ranjanben A. Patel** |

Case number (if known) **21-20266-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.22 | | **$0.00** |
|---|---|---|

**DHIRU N. PATEL**
Nonpriority Creditor's Name
**619 E. PANCAKE BLVD**
Number        Street

**LIBERAL**          **KS**    **67901**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unsecured**

**Creditor is a member of Aims Management LLC. He currently owes Debtor 1 the amount of $150,000**

| 4.23 | | **$0.00** |
|---|---|---|

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 3025**

**New Albany**          **OH**    **43054**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 0 8 1 2

**When was the debt incurred?** 01/1994

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Credit Card**

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

<div style="background:#ccc">**Total claim**</div>

| 4.24 | |
|---|---|

**$466,023.80**

**DIVA HOSPITALITY LLC**
Nonpriority Creditor's Name
**DBA COMFORT SUITES PRATT KS**
Number   Street
**3438 PEBBLE CREEK DR**

**MISSOURI CITY**   **TX**   **77459**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**
**Subject to of Debtor 2 $205,0000 11%**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unsecured**

| 4.25 | |
|---|---|

**$0.00**

**HINA M. BHAKTA**
Nonpriority Creditor's Name
**3059 SAGEWOOD LN**
Number   Street

**CORONA**   **CA**   **92880**
City   State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Member of Diva. See paragraph 19. Subject to offset**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Unsecured**

| | | |
|---|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** | |
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) **21-20266-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

**4.26**

<div style="text-align:right">**$405,183.47**</div>

**HITENDRA N. BHAKTA**
Nonpriority Creditor's Name
**1400 MABRY DR.**
Number        Street

**CLOVIS                    NM      88101**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured**

**4.27**

<div style="text-align:right">**$0.00**</div>

**ISHVERBHAI T. BHAKTA**
Nonpriority Creditor's Name
**4200 YUCCA DR**
Number        Street

**IRVING                    TX      75038**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured**

**Members of Aims Management LLC owe Debtor $150,000 for his 20% interest in company**

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.28**

**$0.00**

**JYOTI B. BHAKTA**
Nonpriority Creditor's Name
**619 E. PANCAKE BLVD**
Number      Street

**LIBERAL           KS     67901**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Member of Diva. Subject to offset.**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

**4.29**

**$0.00**

**KEATING BROWN PLLC**
Nonpriority Creditor's Name
**c/o Patrick D. Keating, Attorney**
Number      Street
**2425 N. Central Expressway, Ste 200**

**Richardson           TX     75080**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Unsecured**

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**

Case number (if known)   **21-20266-7**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.30**

| | **$0.00** |
| --- | --- |

**LAXMIBEN S. BHAKTA**
Nonpriority Creditor's Name
**619 E. PANCAKE BLVD**
Number    Street

**LIBERAL**     **KS**    **67901**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Unsecured**

Member of Diva. Subject to offset. Owes debtor 2 the amount of $205,000 for her 11% interest in company

**4.31**

| | **$0.00** |
| --- | --- |

**MUKESH D. PATEL**
Nonpriority Creditor's Name
**6119 ABERCOMBIE LN**
Number    Street

**SUGARLAND**     **TX**    **77479**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Unsecured**

Member of Aims. Subject to offset. Owes debtor $150,000 for his 20% interest in company

| | |
|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** |
| Debtor 2 | **Ranjanben A. Patel** |

Case number (if known) **21-20266-7**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

| 4.32 |
|---|

**$854,208.46**

**NARENDRA K. PATEL**
Nonpriority Creditor's Name
**1800 JACODA AVE**
Number          Street

_____

**AMARILLO          TX      79118**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| 4.33 |
|---|

**$0.00**

**PANHANDLE HOSPITALITY LLC**
Nonpriority Creditor's Name
**BUDGET INN**
Number          Street
**212 NE HWY 54**

_____

**GUYMON          OK      73942**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Subject to offset of debtor1's 11% interest in company**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.34**

| | **Unknown** |
|---|---|

**POKALA LAW APC**
Nonpriority Creditor's Name
**2535 KEETTNER BLVD, 2C-2**
Number        Street

**SAN DIEGO          CA      92101**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

**4.35**

| | **$0.00** |
|---|---|

**POORNIMA M. PATEL**
Nonpriority Creditor's Name
**6119 ABERCOMBIE LN**
Number        Street

**SUGARLAND          TX      77479**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

**Member of Diva Hospitality LLC. Subject to offset debtor 2 11% in company**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | **21-20266-7** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.36 | | $0.00 |
|---|---|---|

**PRIME HOSPITALITY LLC**
Nonpriority Creditor's Name
**BEST WESTERN PLUS**
Number      Street
**212 NE SR61**

**PRATT            KS      67123**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Subject to offset debtor 2 12% in company**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| 4.37 | | $158,698.16 |
|---|---|---|

**RAJSHREE B. PATEL**
Nonpriority Creditor's Name
**1800 MABRY DR.**
Number      Street

**CLOVIS          NM      88101**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**CLAIM AMOUNT IS THROUGH 04/15/2021**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | | Case number (if known) | 21-20266-7 |

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.38 | |
|---|---|

**RICHARD BIGGS**
Nonpriority Creditor's Name
**Mullin Hoard & Brown, LLP**
Number    Street
**PO Box 31656**

**Amarillo**    **TX**    **79120-1656**
City    State   ZIP Code

**Unknown**

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

| 4.39 | |
|---|---|

**SANMUKH BHAKTA**
Nonpriority Creditor's Name
**619 E. PANCAKE BLVD**
Number    Street

**LIBERAL**    **KS**    **67901**
City    State   ZIP Code

**$0.00**

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unsecured**

**Member and manager of Diva Hospitality LLC. Subject to offset debtor 2 11% in company**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.40 | | $753,832.07 |
|---|---|---|

**SAVITA I. BHAKTA**
Nonpriority Creditor's Name
**4260 YUCCA DR.**
Number        Street

**IRVING                    TX      75038**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

**CLAIM AMOUNT IS THROUGH 04/15/2021**
Member of Diva Hospitality LLC. Subject to offset debtor 2 11% in company

| 4.41 | | $0.00 |
|---|---|---|

**SEJAL G. PATEL**
Nonpriority Creditor's Name
**3438 PEBBLE CREEK DR**
Number        Street

**MISSOURI CITY             TX      77459**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured**

Member of Diva Hospitality LLC. Subject to offset debtor 2 11% in company

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.42**

**$0.00**

**SUVIDYA D. DESAI**
Nonpriority Creditor's Name

Number        Street

City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

**Member of Diva Hospitality LLC. Subject to offset debtor 2 11% in company**

**4.43**

**$0.00**

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 965060**

**Orlando**          **FL**    **32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6 6 4 5

**When was the debt incurred?** 08/2008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Charge Account**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.44**

$293.00

**Synchrony Bank/Sams Club**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number      Street
**PO Box 965060**

**Orlando**          **FL**      **32896**
City                  State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **4   1   8   1**
**When was the debt incurred?**   **01/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**4.45**

$0.00

**VISHAL PATEL**
Nonpriority Creditor's Name
**3438 PEBBLE CREEK DR**
Number      Street

**MISSOURI CITY**      **TX**      **77459**
City                  State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Unsecured**

**Member of Aims Management LLC. Subject to offset debtor 20% in company plus owes debtor 1 and debtor 2 a personal debt of $53,000**

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**                     Case number (if known)   **21-20266-7**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

4.46

| | **Unknown** |
|---|---|

**YOXALL, ANTRIM & ERYMIRE LLP**
Nonpriority Creditor's Name
**C/O RICHARD YOXALL**
Number     Street
**101 WEST FOURTH ST**

**LIBERAL**          **KS**     **67901**
City             State     ZIP Code

**Who incurred the debt?**     Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Unsecured**

| Debtor 1 | Avanindrakumar Sombhai Patel | | |
|---|---|---|---|
| Debtor 2 | Ranjanben A. Patel | Case number (if known) | 21-20266-7 |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ARM PVC LLC**
Name
**3834 PEBBLE CREEK DR**
Number        Street

**MISSOURI CITY**        **TX**        **77459**
City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

**BHAKTI N. PATEL**
Name
**3438 PEBBLE CREEK DR**
Number        Street

**MISSOURI CITY**        **TX**        **77459**
City        State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

Debtor 1   **Avanindrakumar Sombhai Patel**
Debtor 2   **Ranjanben A. Patel**

Case number (if known)   **21-20266-7**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $0.00 |
|  | 6e. | **Total.**   Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $13,625,415.18 |
|  | 6j. | **Total.**   Add lines 6f through 6i. | 6j. $13,625,415.18 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Avanindrakumar | Sombhai | Patel |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ranjanben | A. | Patel |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-20266-7**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Avanindrakumar  Sombhai      Patel** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Ranjanben          A.              Patel** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-20266-7** |

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  *(If you are filing a joint case, do not list either spouse as a codebtor.)*

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.

   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☑ Yes

      In which community state or territory did you live?  **Texas**  Fill in the name and current address of that person.

      **Ranjanben A. Patel**
      Name of your spouse, former spouse, or legal equivalent
      **6707 Blossom Ct**
      Number          Street

      | **Amarillo** | **TX** | **79124** |
      |---|---|---|
      | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Bank Of The Panhandle** |
   |---|---|
   | | Name |
   | | **Po Box 2180** |
   | | Number          Street |

   ☐ Schedule D, line _____

   ☑ Schedule E/F, line  **4.3**

   ☐ Schedule G, line _____

   **AIMS MANAGEMENT LLC**

   | **Guymon** | **OK** | **73942** |
   |---|---|---|
   | City | State | ZIP Code |

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**

**Bank Of The Panhandle**
Name
**Po Box 2180**
Number        Street

**Guymon**                **OK**        **73942**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.24**
☐ Schedule G, line _____
**DIVA HOSPITALITY LLC**

**3.3**

**Bank Of The Panhandle**
Name
**Po Box 2180**
Number        Street

**Guymon**                **OK**        **73942**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.8**
☐ Schedule G, line _____
**AXAR HOSPITALITY LLC**

**3.4**

**Bank Of The Panhandle**
Name
**Po Box 2180**
Number        Street

**Guymon**                **OK**        **73942**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.33**
☐ Schedule G, line _____
**PANHANDLE HOSPITALITY LLC**

**3.5**

**Bank Of The Panhandle**
Name
**Po Box 2180**
Number        Street

**Guymon**                **OK**        **73942**
City                    State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.36**
☐ Schedule G, line _____
**PRIME HOSPITALITY LLC**

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Avanindrakumar** First Name | **Sombhai** Middle Name | **Patel** Last Name | |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name | **A.** Middle Name | **Patel** Last Name | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **21-20266-7** | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | **Receives Social Security** | **Employee** |
| **Employer's name** | | **Caprock Home Health Services Inc** |
| **Employer's address** | _____ Number  Street _____ _____ _____ City        State   Zip Code | _____ Number  Street _____ _____ _____ City         State   Zip Code |
| **How long employed there?** | _____ | _____ |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$1,051.75** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income.  Add line 2 + line 3. | 4. | **$0.00** | **$1,051.75** |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .......................................................➔ 4. | $0.00 | $1,051.75 |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions 5a. | $0.00 | $107.47 |
| | **5b.** Mandatory contributions for retirement plans 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans 5d. | $0.00 | $0.00 |
| | **5e.** Insurance 5e. | $0.00 | $0.00 |
| | **5f.** Domestic support obligations 5f. | $0.00 | $0.00 |
| | **5g.** Union dues 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions. Specify: _____ 5h. + | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $0.00 | $107.47 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $0.00 | $944.28 |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation 8d. | $0.00 | $0.00 |
| | **8e.** Social Security 8e. | $1,312.00 | $839.00 |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income. Specify: _____ 8h. + | $0.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $1,312.00 | $839.00 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $1,312.00 + | $1,783.28 = $3,095.28 |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. $3,095.28
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Avanindrakumar** First Name  **Sombhai** Middle Name  **Patel** Last Name |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name  **A.** Middle Name  **Patel** Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-20266-7** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**       ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Brother** | **69 Years** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**       ☑ No       ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**           4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                                   4a. _____ $473.00

   4b. Property, homeowner's, or renter's insurance                        4b. _____ $185.00

   4c. Home maintenance, repair, and upkeep expenses                       4c. _____

   4d. Homeowner's association or condominium dues                         4d. _____

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | | **$310.00** |
| | 6b. Water, sewer, garbage collection | 6b. | | **$234.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | | **$130.00** |
| | 6d. Other. Specify: **Cell Phones and home security** | 6d. | | **$205.00** |
| 7. | **Food and housekeeping supplies** | 7. | | **$300.00** |
| 8. | **Childcare and children's education costs** | 8. | | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | | **$20.00** |
| 10. | **Personal care products and services** | 10. | | **$20.00** |
| 11. | **Medical and dental expenses** | 11. | | |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | | **$125.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | |
| 14. | **Charitable contributions and religious donations** | 14. | | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | | **$496.00** |
| | 15b. Health insurance | 15b. | | **$400.00** |
| | 15c. Vehicle insurance | 15c. | | **$170.00** |
| | 15d. Other insurance. Specify: | 15d. | | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | | |
| | 17b. Car payments for Vehicle 2 | 17b. | | |
| | 17c. Other. Specify: **Debtor 2 contribution to IRA** | 17c. | | **$500.00** |
| | 17d. Other. Specify: | 17d. | | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |

| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
|---|---|---|---|
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21. Other.** Specify: _____ 21. **+** _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $3,568.00 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $3,568.00 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $3,095.28 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **–** $3,568.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | ($472.72) |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Avanindrakumar** First Name | **Sombhai** Middle Name | **Patel** Last Name |
| Debtor 2 (Spouse, if filing) | **Ranjanben** First Name | **A.** Middle Name | **Patel** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **21-20266-7**

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B............................................................. **$304,675.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B................................................. **$5,975,625.57**

    1c.  Copy line 63, Total of all property on Schedule A/B............................................................ **$6,280,300.57**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................. **+ $13,625,415.18**

**Your total liabilities** **$13,625,415.18**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I............................................................. **$3,095.28**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J................................................................ **$3,568.00**

Debtor 1 **Avanindrakumar Sombhai Patel**

Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)

_____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)

_____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

_____

9d.   Student loans.  (Copy line 6f.)

_____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

_____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

**+** _____

9g.   **Total.**  Add lines 9a through 9f.

_____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Avanindrakumar** **Sombhai** **Patel** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Ranjanben** **A.** **Patel** |
| (Spouse, if filing) | First Name / Middle Name / Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **21-20266-7**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Avanindrakumar Sombhai Patel** | X **/s/ Ranjanben A. Patel** |
|---|---|
| Avanindrakumar Sombhai Patel, Debtor 1 | Ranjanben A. Patel, Debtor 2 |
| Date **12/15/2021** | Date **12/15/2021** |
| MM / DD / YYYY | MM / DD / YYYY |