| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Avanindrakumar  Sombhai  Patel** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Ranjanben  A.  Patel** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-20266-7** |

☐ Check if this is an amended filing

Official Form 107

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**                       Case number (if known) __21-20266-7__

### Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $9,319.35 |
| **For the last calendar year:** (January 1 to December 31, **2020**) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | ($9,498.00) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business |  |
| **For the calendar year before that:** (January 1 to December 31, **2019**) | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $140,656.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Social Security | $14,432.00 | Social Security | $9,229.00 |
| **For the last calendar year:** (January 1 to December 31, **2020**) | Social Security | $28,990.00 | Social Security |  |
| **For the calendar year before that:** (January 1 to December 31, **2019**) | Social Security | $32,934.00 | Social Security |  |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Rajshree Patel** <br> Insider's name <br> Number Street <br> City State ZIP Code | 01/2021 | $35,000.00 | | Payment on a promissory note |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**     Case number (if known) **21-20266-7**

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Arti Patel v. Avanindrakumar S. Patel and Ranjanben A. Patel**<br><br>Case number **471-05038-2020** | **Breach of contract** | **471st District Court**<br>Court Name<br>**Collin County, Texas**<br>Number Street<br><br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Diva Hospitality LLC dba Comfort Suites, Pratt, KS v. Happy Growth LLC, Avanindrakumar S. Patel and Ranjanben A. Patel**<br><br>Case number **CJ-2021-22** | **Breach of contract** | **District Court of Texas County**<br>Court Name<br>**State of Oklahoma**<br>Number Street<br><br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Aims Management LLC v. Happy Growth LLC, Avanindrakumar S. Patel and Ranjanben A. Patel**<br><br>Case number **CJ-2021-23** | **Breach of contract** | **District Court of Texas County**<br>Court Name<br>**State of Oklahoma**<br>Number Street<br><br>City   State   ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| | | |
|---|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** | |
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) **21-20266-7** |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☒ No. Go to line 11.
- ☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☒ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☒ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☒ No
- ☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☒ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☒ No
- ☐ Yes. Fill in the details.

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**    Case number (if known) **21-20266-7**

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Northern Legal, PC** | | | |
| **2700 S. Western St.** (Number Street) | | **05/05/2021** | **$5,428.00** |
| **Suite 200** | | | |
| **Amarillo   TX   79109** (City State ZIP Code) | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Northern Legal PC** | **See number 16 above** | | |
| Number Street | | | |
| City State ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Transfer ownership** | **transferred 3% interest in Panhandle Hospitality** | **Debtor 2 received $28,000 in January 2021 then transferred the funds to niece.** | |
| Number Street | | | |
| City State ZIP Code | | | |
| Person's relationship to you | | | |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 6

Debtor 1  **Avanindrakumar Sombhai Patel**
Debtor 2  **Ranjanben A. Patel**                                 Case number (if known) **21-20266-7**

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of Panhandle**<br>Name of Financial Institution<br>**1223 N Main St**<br>Number   Street<br><br>**Guymon**    **OK**    **73942**<br>City          State    ZIP Code | XXXX- __ __ __ __ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **01/2021** | **$0.00** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Happy State Bank**<br>Name of Financial Institution<br>**701 S. Taylor LB 120**<br>Number   Street<br><br>**Amarillo**    **TX**    **79101**<br>City          State    ZIP Code | XXXX- __ __ __ __ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **11/29/2021** | **$102.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☒ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Happy State Bank**<br>Name of Financial Institution<br>**701 S. Taylor LB 120**<br>Number   Street<br><br>**Amarillo**    **TX**    **79101**<br>City          State    ZIP Code | Name<br><br>Number   Street<br><br>City          State    ZIP Code | **House and vehicle documents** | ☐ No<br>☒ Yes |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **First National Bank of Dalhart**<br>Name of Financial Institution | Name | **Documents** | ☒ No<br>☐ Yes |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |
| **Dalhart Federal Saving and Loan**<br>Name of Financial Institution | Name | **Documents** | ☒ No<br>☐ Yes |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |
| **Bank of Panhandle**<br>Name of Financial Institution | Name | **Documents** | ☒ No<br>☐ Yes |
| **1223 N Main S**<br>Number Street | Number Street | | |
| **Guymon          OK    73942**<br>City State ZIP Code | City State ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1　**Avanindrakumar Sombhai Patel**
Debtor 2　**Ranjanben A. Patel**　　　　　　　　　　　　　　　　　Case number (if known)　**21-20266-7**

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ☒ No
    ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

    ☒ No
    ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ☒ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☒ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Happy Growth LLC**<br>Business Name | **Describe the nature of the business**<br>Hotel Hospitality | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **8 2 – 2 6 2 1 6 3 2** |
| _____<br>Number　Street | **Name of accountant or bookkeeper**<br>Linda Tapp | **Dates business existed**<br><br>From **08/02/2017**　To _____ |
| _____<br>City　　State　ZIP Code | | |

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

| Business | Address | Nature / Accountant | EIN |
|---|---|---|---|
| **Aims Management** | 3438 Pebble Creek Drive, Missouri City, TX 77459 | Hotel Hospitality / Linda TApp | 45-2756622 |
| **Dev Investment LLC** | 701 SE Hwy 3, Guymon, OK 73942 | Hotel Hospitality / Linda Tapp | 20-8346473 |
| **Panhandle Hospitality LLC** | 212 NE Hwy 54, Guymon, OK 73942 | Hotel Hospitality / Linda Tapp | 45-3830667 |
| **Prime Hospitality LLC** | 212 NE SR61, Pratt, KS 67124 | Hotel Hospitality / Linda Tapp | 45-5441336 |
| **Diva Hospitality LLC** | 704 Allison, Pratt, KS 67124 | Hotel Hospitality / Linda Pratt | 20-5851402 |
| **Axar Hospitality LLC** | 2723 S. Main St., Perryton, TX 79070-5311 | Hotel Hospitality / Linda Tapp | 36-4735545 |

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 10

Debtor 1 **Avanindrakumar Sombhai Patel**
Debtor 2 **Ranjanben A. Patel**

Case number (if known) **21-20266-7**

**Jai Laxmi LLC**
Business Name

Describe the nature of the business
**Hotel Hospitality**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **2 7 – 3 9 0 6 4 8 3**

**1510 W. Wyatt Earp Blvd**
Number    Street

Name of accountant or bookkeeper
**Linda Tapp**

Dates business existed

From _____    To _____

**Dodge City    KS    67801**
City        State    ZIP Code

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☒ Yes. Fill in the details below.

**Bank of Panhandle**
Name

Date issued
**10/01/2020**

**1223 N. Main St**
Number    Street

**Guymon    OK    73942**
City        State    ZIP Code

**Bank of Panhandle**
Name

Date issued
**03/01/2021**

**1223 N. Main St**
Number    Street

**Guymon    OK    73942**
City        State    ZIP Code

**Bank of Panhandle**
Name

Date issued
**11/01/2021**

**1223 N. Main St**
Number    Street

**Guymon    OK    73942**
City        State    ZIP Code

**Wells Fargo**
Name

Date issued
**03/01/2021**

_____
Number    Street

_____
City        State    ZIP Code

Official Form 107    **Statement of Financial Affairs for Individuals Filing for Bankruptcy**    page 11

| | | | |
|---|---|---|---|
| Debtor 1 | **Avanindrakumar Sombhai Patel** | | |
| Debtor 2 | **Ranjanben A. Patel** | Case number (if known) | **21-20266-7** |

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Avanindrakumar Sombhai Patel**
Avanindrakumar Sombhai Patel, Debtor 1

Date **12/15/2021**

X **/s/ Ranjanben A. Patel**
Ranjanben A. Patel, Debtor 2

Date **12/15/2021**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).