**CAPROCK HOME HEALTH SERVICES, INC.**

24712:

247122
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
2/28/2021 - 3/13/2021 Pay Date: 3/26/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52114 | Superior PAS Atten... | 19.25 | 8.75 | | | | | 168.438 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 19.25 | 0.00 | 0.00 | 168.44 | 0.00 | 0.00 | 10.44 | 0.00 | 2.44 | 0.00 | 15 |
| Year To Date Totals: | | | | $168.44 | $0.00 | $0.00 | $10.44 | $0.00 | $2.44 | $0.00 | $15 |

**CAPROCK HOME HEALTH SERVICES, INC.**

24955

249551
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
3/14/2021 - 3/27/2021 Pay Date: 4/9/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52114 | Superior PAS Atten... | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 48.50 | 0.00 | 0.00 | 424.38 | 0.00 | 0.00 | 26.31 | 0.00 | 6.15 | 0.00 | 391 |
| Year To Date Totals: | | | | $592.82 | $0.00 | $0.00 | $36.75 | $0.00 | $8.59 | $0.00 | $547 |

**CAPROCK HOME HEALTH SERVICES, INC.**

25239:

252392
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
3/28/2021 - 4/10/2021 Pay Date: 4/23/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 18.00 | 7.25 | | | | | 130.50 | | | |
| 52510 | Superior CFC PAS | 13.25 | 8.75 | | | | | 115.938 | | | |
| 52610 | Superior CFC SPW | 35.50 | 8.75 | | | | | 310.625 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 66.75 | 0.00 | 0.00 | 557.06 | 0.00 | 8.81 | 34.54 | 0.00 | 8.08 | 0.00 | 505 |

CAPROCK HOME HEALTH SERVICES, INC.

25499

254993
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
4/11/2021 - 4/24/2021 Pay Date: 5/7/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.50 | 0.00 | 0.00 | 627.38 | 0.00 | 15.84 | 38.90 | 0.00 | 9.10 | 0.00 | 56: |
| Year To Date Totals: | | | | $1,777.26 | $0.00 | $24.65 | $110.19 | $0.00 | $25.77 | $0.00 | $1,61( |

CAPROCK HOME HEALTH SERVICES, INC.

25555:

255552
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
4/25/2021 - 5/8/2021 Pay Date: 5/21/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.50 | 0.00 | 0.00 | 627.38 | 0.00 | 15.84 | 38.90 | 0.00 | 9.10 | 0.00 | 563 |
| Year To Date Totals: | | | | $2,404.64 | $0.00 | $40.49 | $149.09 | $0.00 | $34.87 | $0.00 | $2,180 |

CAPROCK HOME HEALTH SERVICES, INC.

25787:

257877
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
5/9/2021 - 5/22/2021 Pay Date: 6/4/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.75 | 8.75 | | | | | 426.563 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.75 | 0.00 | 0.00 | 629.56 | 0.00 | 16.06 | 39.03 | 0.00 | 9.13 | 0.00 | 565. |
| Year To Date Totals: | | | | $3,034.20 | $0.00 | $56.55 | $188.12 | $0.00 | $44.00 | $0.00 | $2,745. |

**CAPROCK HOME HEALTH SERVICES, INC.**  261089

261089
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
5/23/2021 - 6/5/2021 Pay Date: 6/18/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 49.00 | 8.75 | | | | | 428.75 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77.00 | 0.00 | 0.00 | 631.75 | 0.00 | 16.28 | 39.17 | 0.00 | 9.16 | 0.00 | 56? |
| Year To Date Totals: | | | | $3,665.95 | $0.00 | $72.83 | $227.29 | $0.00 | $53.16 | $0.00 | $3,31? |

**CAPROCK HOME HEALTH SERVICES, INC.**  264335

264335
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
6/20/2021 - 7/3/2021 Pay Date: 7/16/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net Wag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.50 | 0.00 | 0.00 | 627.38 | 0.00 | 15.84 | 38.90 | 0.00 | 9.10 | 0.00 | 56? |
| Year To Date Totals: | | | | $4,920.71 | $0.00 | $104.51 | $305.09 | $0.00 | $71.36 | $0.00 | $4,43? |

**CAPROCK HOME HEALTH SERVICES, INC.**  26574?

265743
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
7/4/2021 - 7/17/2021 Pay Date: 7/30/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.25 | 7.25 | | | | | 204.813 | | | |
| 52610 | Superior CFC SPW | 48.75 | 8.75 | | | | | 426.563 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Ne |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77.00 | 0.00 | 0.00 | 631.38 | 0.00 | 16.24 | 39.15 | 0.00 | 9.15 | 0.00 | |

CAPROCK HOME HEALTH SERVICES, INC.                                                                                                           267751

267751
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
7/18/2021 - 7/31/2021 Pay Date: 8/13/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.50 | 0.00 | 0.00 | 627.38 | 0.00 | 15.84 | 38.90 | 0.00 | 9.10 | 0.00 | |

CAPROCK HOME HEALTH SERVICES, INC.                                                                                                           269800

269800
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
8/1/2021 - 8/14/2021 Pay Date: 8/27/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.50 | 0.00 | 0.00 | 627.38 | 0.00 | 15.84 | 38.90 | 0.00 | 9.10 | 0.00 | |

CAPROCK HOME HEALTH SERVICES, INC.                                                                                                           271697

271697
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
8/15/2021 - 8/28/2021 Pay Date: 9/10/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 48.75 | 8.75 | | | | | 426.563 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 76.75 | 0.00 | 0.00 | 629.56 | 0.00 | 16.06 | 39.03 | 0.00 | 9.13 | 0.00 | |

276222
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
9/12/2021 - 9/25/2021 Pay Date: 10/8/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.00 | 7.25 | | | | | 203.00 | | | |
| 52610 | Superior CFC SPW | 49.25 | 8.75 | | | | | 430.938 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77.25 | 0.00 | 0.00 | 633.94 | 0.00 | 16.49 | 39.30 | 0.00 | 9.19 | 0.00 | |

CAPROCK HOME HEALTH SERVICES, INC.                                                                                                         278647

278647
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
9/26/2021 - 10/9/2021 Pay Date: 10/22/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 28.25 | 7.25 | | | | | 204.813 | | | |
| 52610 | Superior CFC SPW | 49.25 | 8.75 | | | | | 430.938 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77.50 | 0.00 | 0.00 | 635.75 | 0.00 | 16.68 | 39.42 | 0.00 | 9.22 | 0.00 | |

CAPROCK HOME HEALTH SERVICES, INC.                                                                                                         282723

282723
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
10/24/2021 - 11/6/2021 Pay Date: 11/19/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52460 | Superior SPW Respi... | 29.25 | 7.25 | | | | | 212.063 | | | |
| 52610 | Superior CFC SPW | 48.50 | 8.75 | | | | | 424.375 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 77.75 | 0.00 | 0.00 | 636.44 | 0.00 | 16.74 | 39.46 | 0.00 | 9.23 | 0.00 | |

284623
PAYCHECK FOR: XXXXX2173 - Patel, Ranjanjanben
11/7/2021 - 11/20/2021 Pay Date: 12/3/2021

| Paycode | Desc. | Reg Hrs | Reg Rate | OT Hours | OT Rate | Other Paycode Adj. | Adj. Amount | Gross Wages | Adjustments | Description | Amount |
|---------|-------|---------|----------|----------|---------|---------------------|-------------|-------------|-------------|-------------|--------|
| 52460 | Superior SPW Respi... | 24.50 | 7.25 | | | | | 177.625 | | | |
| 52610 | Superior CFC SPW | 48.75 | 8.75 | | | | | 426.563 | | | |

| Totals: | Reg Hrs | OT Hrs. | Special Adj. | Grs Wages | Grs. Adj. | FWD | SS | State | Med | Net Adj | Net V |
|---------|---------|---------|--------------|-----------|-----------|------|------|-------|------|---------|-------|
| | 73.25 | 0.00 | 0.00 | 604.19 | 0.00 | 13.52 | 37.46 | 0.00 | 8.76 | 0.00 | |