Bruce M. Badger
State Bar No. 01498700
Badger Law PLLC
3400 Avenue H, 2nd Floor
Rosenberg, Tx 77471
281.633.9900 Phone
281.633.9916 Fax
ATTORNEY FOR DIVA HOSPITALITY, LLC AND AIMS MANAGEMENT, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **AVANINDRAKUMAR SOMBHAI PATEL** | § | |
| **AND RANJANBEN A. PATEL** | § | **CASE NO. 21-20266** |
| | § | |
| **Debtor** | § | **(Chapter 7)** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO: THE HONORABLE BANKRUPTCY CLERK; AVANINDRAKUMAR SOMBHAI PATEL AND RANJANBEN A. PATEL, DEBTORS; VAN W. NORTHERN, ATTORNEY FOR THE DEBTORS.

Comes now DIVA HOSPITALITY, LLC AND AIMS MANAGEMENT, LLC ("Creditor") and files this Notice of Appearance and Request for Notice. Creditor requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Creditor's attorney, Bruce M. Badger at Badger Law PLLC, 3400 Avenue H, Second Floor, Rosenberg, Texas 77471 or by electronic mail at bkcy@badgerlawoffice.com.

/s/ Bruce M. Badger
Bruce M. Badger
SBN 01498700
Badger Law PLLC
3400 Avenue H, Second Floor
Rosenberg, Texas 77471
(832) 595-8888; Metro (281) 633-9900
Fax (281) 633-9916
Attorney for DIVA HOSPITALITY, LLC and AIMS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the entities listed on Exhibit "A" attached hereto, by United States First-class mail or by electronic mail on this 27th day of December, 2021.

/s/ Bruce M. Badger
Bruce M. Badger

## EXHIBIT "A"

i) **Debtors**
AVANINDRAKUMAR SOMBHAI PATEL
AND RANJANBEN A. PATEL
PO Box 52817
Amarillo, TX 79159

ii) **Debtor's Attorney**
Van W. Northern
Northern Legal PC
2700 S. Western Street
Suite 200
Amarillo, TX 79109