BTXN 032 (rev. 3/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Avanindrakumar Sombhai Patel  
Ranjanben A. Patel  
Debtor(s)

Case No.: 21−20266−rlj7  
Chapter No.: 7

# CLERK'S NOTICE TO TRUSTEE
## RE: TRUSTEE SERVICES RENDERED PURSUANT TO 330(e)

Clerk's notice to trustee re: TSR pursuant to 330(e) (RE: related document(s)[32] Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Conducted or filed a document required by rule or statute related to a meeting of creditors required by 11 U.S.C. Section 341. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 5/19/2022). (RE: related document(s)25 BNC certificate of mailing)) (Kerr, S.)

The above referenced Trustee Services Rendered Pursuant to 330(e) event (TSR) entered in the case by the trustee appears to have the following error(s):

☐ The trustee who filed the TSR has not been assigned to this case.

☐ This case was filed before 1/12/2021 and is not eligible for payment under BAIA.

☐ The TSR does not reference a qualifying event.

☑ The docket entry referenced/related by the TSR does not match the type of qualifying event selected in the TSR certification.

☐ Other:

Please enter a Withdrawal of Trustee Services Rendered event in the case, and if appropriate, re−file a corrected TSR. Payment for this case cannot be made until a corrected TSR is docketed.

DATED: 5/19/22

FOR THE COURT:  
Robert P. Colwell, Clerk of Court

by: /s/S. Kerr, Deputy Clerk