UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE:
**Avanindrakumar Sombhai Patel**
**Ranjanben A. Patel,**

        **Debtors.**          No. 21-20266-rlj7

---

## NOTICE OF ENTRY OF APPEARANCE

    **COMES NOW** Richard F. Rowley II of Rowley Law Firm, LLC. and hereby enters his appearance on behalf of Creditor, Hitendra N. Bhakta a/k/a Henry Bhakta.

    **ROWLEY LAW FIRM, LLC**

By: /s submitted electronically
    Richard F. Rowley II
    Post Office Box 790
    305 Pile
    Clovis, New Mexico 88102-0790
    Telephone: (575) 763-4457
    Facsimile: (575) 763-4450
    E-mail: r2@rowleylawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered via CM-ECF to the Bankruptcy Trustee, Office of the US Trustee and to Debtor's counsel this 6th day of June, 2022.

        /s/    submitted electronically
        **ROWLEY LAW FIRM, LLC**