# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 10-1

**Case No.:** 21-20266  
**Case Name:** PATEL, AVANINDRAKUMAR SOMBHAI  
PATEL, RANJANBEN A.  

**For Period Ending:** 09/30/2022

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 12/01/2021 (f)  
**§ 341(a) Meeting Date:** 01/19/2022  
**Claims Bar Date:** 04/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6707 Blossom Ct, Amarillo, TX 79124, Potter County | 304,675.00 | 0.00 | | 0.00 | FA |
| 2 | 2001 Nissan Frontier | 300.00 | 300.00 | | 0.00 | FA |
| 3 | 2008 Honda Odyssey Van | 5,875.00 | 0.00 | | 0.00 | FA |
| 4 | 2015 Honda Odyssey | 17,725.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Equipment for sports and hobbies | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Happy State Bank Checking Account - 0547 | 7,000.00 | 0.00 | | 0.00 | FA |
| 10 | Happy State Bank Checking Account - 9800 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Aims Management LLC | 80,107.00 | 80,107.00 | | 0.00 | FA |
| 12 | Happy Growth LLC | 104.00 | 104.00 | | 104.71 | FA |
| 13 | Panhandle Hospitality LLC | 87,000.00 | 87,000.00 | | 0.00 | 87,000.00 |
| 14 | Prime Hospitality LLC | 64,000.00 | 64,000.00 | | 0.00 | 64,000.00 |
| 15 | Diva Hospitality LLC | 205,040.00 | 205,040.00 | | 0.00 | 205,040.00 |
| 16 | Axar Hospitality LLC | 28,333.00 | 28,333.00 | | 0.00 | 28,333.00 |
| 17 | Dev Investments | 181,000.00 | 181,000.00 | | 0.00 | 181,000.00 |
| 18 | Retirement or pension accounts | 68,000.00 | 0.00 | | 0.00 | FA |
| 19 | Retirement or pension accounts | 69,036.82 | 0.00 | | 0.00 | FA |
| 20 | Retirement or pension accounts | 89,000.00 | 0.00 | | 0.00 | FA |
| 21 | Retirement or pension accounts | 49,504.75 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 10-2

**Case No.:** 21-20266  
**Case Name:** PATEL, AVANINDRAKUMAR SOMBHAI  
PATEL, RANJANBEN A.  

**For Period Ending:** 09/30/2022

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 12/01/2021 (f)  
**§ 341(a) Meeting Date:** 01/19/2022  
**Claims Bar Date:** 04/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Claims against third parties | Unknown | Unknown | | 0.00 | FA |
| 25 | Accounts receivable or commissions already earned | 0.00 | 0.00 | | 0.00 | FA |
| **25** | **Assets       Totals**     (Excluding unknown values) | **$1,271,300.57** | **$645,884.00** | | **$104.71** | **$565,373.00** |

**Major Activities Affecting Case Closing:**

Sale of business interests in process.

Review claims for objections in process.

**Initial Projected Date Of Final Report (TFR):** 12/29/2023

**Current Projected Date Of Final Report (TFR):** 12/29/2023

11/02/2022  
Date

/s/Kent Ries  
Kent Ries