D'Layne Carter, 00792988
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P.O. Box 9132
Amarillo, TX 79105-9132
(806) 359-3188
FAX (806) 359-5126
dpcarter@pbfcm.com

Attorney for: Taxing Districts Collected by Potter County

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE § | |
| § | Case No. 21-20266 |
| Avanindrakumar Sombhai Patel. § | |
| Ranjanben A. Patel | |
| § | Chapter 7 |
| Debtor/s § | |

### WITHDRAWAL OF PROOF OF CLAIM

Claimant, Taxing Districts Collected by Potter County, filed Secured Claim, 2 in the amount of $2,887.72. This claim has been satisfied.

Claimant hereby withdraws such claim.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 359-3188, FAX: (806) 359-5126
dpcarter@pbfcm.com

By: /s/ _D'Layne Carter_____
D'Layne Carter
Bar No: 00792988