Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| AVANINDRAKUMAR SOMBHAI § | |
| PATEL § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL § | |
| § | |
| **Debtors.** § | |

## MOTION FOR AUTHORIZATION TO SELL HOTEL INTERESTS

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, and files this Motion to Sell Hotel Interests and in support thereof would respectfully show unto the Court as follows:

1. Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on December 1, 2021. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. The Debtor's scheduled interests in the following entities, with the related ownership percentages and values:

      a.    Panhandle Hospitality LLC; 11%; $87,000.00

      b.    Prime Hospitality LLC; 12%; $64,000.00

      c.    Diva Hospitality LLC; 11%; $205,040.00

**MOTION FOR AUTHORIZATION TO SELL HOTEL INTERESTS – PAGE 1**

        d.        Axar Hospitality LLC; 15%; $28,333.00

        e.        Dev Investments; 14%; $181,000.00

        f.        Aims Management LLC; 20%; $80,107.00

        g.        Jai Laxmi OK LLC; unscheduled

3.        MBVD Investments, LLC ("Buyer") has offered to pay $435,000.00 for the Estate's interests in these seven entities (the "Hotel Interests"). The Debtors have not claimed any exemption in the Hotel Interests. The Debtors have not scheduled any liens or secured claims against their interests in the Hotel Interests.

4.        The Buyer's offer ($435,000.00) to the bankruptcy Estate includes all the Hotel Interests owned by the Estate, including those not scheduled. The Trustee has been negotiating this sale with counsel for the Buyers since May of 2022. As described below, the Trustee reviewed all pertinent information regarding the financial condition of the Hotel Interests. The parties began their negotiations with substantially different amounts, and gradually came to the agreed price.

5.        The Buyer includes parties who are co-owners with the Debtors of the Hotel Interests. The Buyer is the most likely and highest value buyer for the Hotel Interests, as these are closely held entities and the Estate's interests are those of a minority owner. Due to the lack of a market for the Hotel Interests, and the typical discount that is applied for minority interests (e.g., the Internal Revenue Service in valuing probate estates discount values for minority interests and closely held entity interests) the Trustee believes that the agreed price fairly represents the market value for the Estate's interests in these assets.

6.        The Trustee has requested, and received, voluminous documents regarding the financial condition of each entity that comprises the Hotel Interests. These documents included bank statements as of the month of the bankruptcy filing, December 2021, and income statements

and balance sheets for 2021 as well.  The Trustee was provided additional information regarding the status of each entity, including the status of its hotel brand, and the necessary capital expenditures needed by each hotel to maintain its brand.  It is significant to the valuation of the Hotel Interests to recognize the underlying hotel assets are located in small, fairly rural areas, where the sale of hotels is uncommon and it is difficult to find interested buyers.  Further, each hotel has substantial secured debt encumbering its value.

7.    Panhandle Hospitality LLC is a 72-room motel operating as a Budget Inn in Guymon, Oklahoma.  Scheduled with a value of $87,000.00, the parties have agreed to a value of $78,000.00.

8.    Prime Hospitality LLC is 70 room hotel operating as a Best Western Plus in Pratt, Kansas.  Scheduled with a value of $64,000.00, the parties have agreed to a value of $60,000.00.

9.    Diva Hospitality LLC has sold its hotel.  Scheduled with a value of $205,040.00, the parties have agreed to set off that value in exchange for the withdrawal of Diva Hospitality's claim in this case (Claim #12) filed in the amount of $503,128.77.  The claim is supported by a promissory note signed by both of the Debtors.  The offset allowed herein is substantially more than the scheduled value.

10.    Axar Hospitality LLC is a 74 room Holiday Inn Express in Perryton, Texas.  Scheduled at a value of $28,333.00, the parties have agreed to a value of $97,000.00.

11.    Dev Hospitality LLC has also sold its hotel.  Scheduled at a value of $181,000.00, the parties have agreed to the value of $200,000.00.

12.    Aims Management LLC is a management company for the above hotel entities.  Schedule with a value of $80,107.00, the parties have agreed to offset this value in exchange for the withdrawal of Aim's claim in this case (Claim #10) in the amount of $337,431.89.  The claim is

supported by a promissory note signed by both of the Debtors. The offset allowed herein is substantially more than the scheduled value.

13. Jai Laxmi OK LLC is an entity that was formed to develop affordable housing in Guymon, Oklahoma. Minimal work on five housing lots was begun before the project was put on hold. The interest was not scheduled by the Debtors and has minimal value to the estate.

14. Trustee requests that the fourteen day stay requirement pursuant to F.R.B.P. 6004(h) be waived.

**WHEREFORE PREMISES CONSIDERED,** Kent Ries, Trustee herein, respectfully prays for an Order of this Court approving the motion to sell on the terms and conditions set forth herein, including the authority to sign all documents necessary, and for such relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully Submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax


By:  /s/  Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

**NOTICE OF RESPONSE REQUIRED**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 201D, AMARILLO, TEXAS 79101, BEFORE 4:00 O'CLOCK P.M. ON MARCH 6, 2023, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

MOTION FOR AUTHORIZATION TO SELL HOTEL INTERESTS – PAGE 4

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February 2023, a true and correct copy of the foregoing Motion to Sell Hotel Interests was sent electronically or mailed in the United States mail, postage prepaid, to the parties listed below and on the attached mailing matrix.

Travis Badger
3400 Avenue H. 2nd Floor
Rosenberg, TX 77471
Counsel for Buyer

/s/  Kent Ries
Kent Ries

```
205 East Fifth Street, Room 201D      AES                                 AIMS MANAGEMENT LLC
Amarillo, TX 79101-1559               Attn: Bankruptcy                    3438 PEBBLE CREEK DR
                                      PO Box 64378                        MISSOURI CITY, TX 77459-1785
                                      St. Paul, MN 55164-0378


AIMS Management, LLC
Badger Law Office                     ALPESH R. PATEL                     AMERICAN HONDA FINANCE
3400 Ave. H, 2nd Flr.                 39301 I40 EAST                      P O BOX 168088
Rosenberg, TX 77471-2873              AMARILLO, TX 79103                  IRVING, TX 75016-8088


American Honda Finance                                                    Attorney-In-Charge
Attn: National Bankruptcy Center      ARTI PATEL & JAYESH PATEL           Office of The United States
PO Box 168088                         2725 CASCADE DR                     Attorney
Irving, TX 75016                      PLANO, TX 75025-4133                500 S. Taylor, Lobby Box 238
                                                                          Amarillo, TX 79101-2446


Avanindrakumar Sombhai Patel          AXAR HOSPITALITY LLC                Bank of America
PO Box 52817                          HOLIDAY INN EXPRESS                 Attn: Bankruptcy
Amarillo, TX 79159-2817               2723 S. MAIN ST.                    PO Box 982234
                                      PERRYTON, TX 79070-5311             El Paso, TX 79998


BANK OF AMERICA                       Bank Of The Panhandle               Bank of the Panhandle
PO BOX 982238                         Po Box 2180                         P.O. Box 2189
EL PASO, TX 79998-2238                Guymon, OK 73942-2180               Guymon, OK 73942


Bank of the Panhandle
co Underwood Law Firm                 BHAKTI N. PATEL                     BHAKTI N. PATEL
P.O. Box 9158                         1907 LUTHER ROAD                    3438 PEBBLE CREEK DR
Amarillo, TX 79105-9158               IRVING, TX 75063-3938               MISSOURI CITY, TX 77459-1785


                                      Bharti Patel                        Certified Collectors, Inc.
BHARTI PATEL                          c/o John Massouh                    Attn: Bankruptcy
6311 BASSWOOD LANE                    PO Box 15008                        PO Box 1906
AMARILLO, TX 79124-4992               Amarillo, TX 79105-5008             Amarillo, TX 79105-1906


Chase Card Services                                                       Citi/Sears
Attn: Bankruptcy                      CHETNA PATEL                        Citibank/Centralized Bankruptcy
PO Box 15298                          3438 PEBBLE CREEK DR                PO Box 790034
Wilmington, DE 19850                  MISSOURI CITY, TX 77459-1785        St Louis, MO 63179-0034


Comptroller of Public Accounts        DENNY THAKORBHAI BHAKTA
Taxation Division Bankruptcy          9984 SCRIPPS RANCH BLVD             DEV INVESTMENTS LLC
P.O. Box 12548                        APT 173                             701 SE HWY 3
Austin, TX 78711-2548                 SAN DIEGO, CA 92131-1825            GUYMON, OK 73942-5459


                                      Dilip Patel                         Discover Financial
DHIRU N. PATEL                        c/o John Massouh                    Attn: Bankruptcy
619 E. PANCAKE BLVD                   PO Box 15008                        PO Box 3025
LIBERAL, KS 67901-4317                Amarillo, TX 79105-5008             New Albany, OH 43054-3025
```

```
DIVA HOSPITALITY LLC                DIVA Hospitality, LLC               ERM PVC LLC
DBA COMFORT SUITES PRATT KS         Badger Law Office                   3834 PEBBLE CREEK DR
3438 PEBBLE CREEK DR                3400 Ave. H, 2nd Flr.               MISSOURI CITY, TX 77459
MISSOURI CITY, TX 77459-1785        Rosenberg, TX 77471-2873


ERM PVC LLC                         HINA M. BHAKTA                      HITENDRA N. BHAKTA
6119 ABERCOMBIE LN                  3059 SAGEWOOD LN                    1400 MABRY DR.
SUGARLAND, TX 77479-4653            CORONA, CA 92882-8721               CLOVIS, NM 88101-7829


                                                                        JPMORGAN CHASE BANK N A
Internal Revenue Services           ISHVERBHAI T. BHAKTA                BANKRUPTCY MAIL INTAKE TEAM
P.O. Box 7346                       4200 YUCCA DR                       700 KANSAS LANE FLOOR 01
Philadelphia, PA 19101-7346         IRVING, TX 75038                    MONROE, LA 71203-4774


                                    KEATING BROWN PLLC
                                    c/o Patrick D. Keating, Attorney    Kent David Ries
JYOTI B. BHAKTA                     2425 N. Central Expressway, Ste     2700 S. Western Street
619 E. PANCAKE BLVD                 200                                 Suite 300
LIBERAL, KS 67901-4317              Richardson, TX 75080-2700           Amarillo, TX 79109-1536


LAXMIBEN S. BHAKTA                  MUKESH D. PATEL                     NARENDRA K. PATEL
619 E. PANCAKE BLVD                 6119 ABERCOMBIE LN                  1800 JACODA AVE
LIBERAL, KS 67901-4317              SUGARLAND, TX 77479-4653            AMARILLO, TX 79118-5217


PANHANDLE HOSPITALITY LLC
BUDGET INN                          Perdue Brandon et al (Lubbock)      Perdue Brandon et al - (Amarillo)
212 NE HWY 54                       PO Box 817                          PO Box 9132
GUYMON, OK 73942-5382               Lubbock, TX 79408-0817              Amarillo, TX 79105-9132


                                                                        PRIME HOSPITALITY LLC
POKALA LAW APC                      POORNIMA M. PATEL                   BEST WESTERN PLUS
2535 KEETTNER BLVD, 2C-2            6119 ABERCOMBIE LN                  212 NE SR61
SAN DIEGO, CA 92101-1269            SUGARLAND, TX 77479-4653            PRATT, KS 67124


                                                                        RICHARD BIGGS
RAJSHREE B. PATEL                   Ranjanben A. Patel                  Mullin Hoard & Brown, LLP
1800 MABRY DR.                      PO Box 52817                        PO Box 31656
CLOVIS, NM 88101-8000               Amarillo, TX 79159-2817             Amarillo, TX 79120-1656


SANMUKH BHAKTA                      SAVITA I. BHAKTA                    SEJAL G. PATEL
619 E. PANCAKE BLVD                 4260 YUCCA DR.                      3438 PEBBLE CREEK DR
LIBERAL, KS 67901-4317              IRVING, TX 75038-3563               MISSOURI CITY, TX 77459-1785


                                    Synchrony Bank/Sams                 Synchrony Bank/Sams Club
Social Security Administration      Attn: Bankruptcy                    Attn: Bankruptcy Dept
601 E. 12th St                      PO Box 965060                       PO Box 965060
Kansas City, MO 64106-2859          Orlando, FL 32896-5060              Orlando, FL 32896-5060
```

```
Texas Workforce Commission      United States Trustee          UST U.S. Trustee
101 E. 15th Street              1100 Commerce Street           1100 Commerce Street
Austin, TX 78778-0001           Room 976                       Room 976
                                Dallas, TX 75242-0996          Dallas, TX 75242-1011


Van W. Northern                                                YOXALL, ANTRIM & ERYMIRE LLP
Northern Legal PC               VISHAL PATEL                   C/O RICHARD YOXALL
2700 S. Western St.             3438 PEBBLE CREEK DR           101 WEST FOURTH ST
Amarillo, TX 79109-1536         MISSOURI CITY, TX 77459-1785   LIBERAL, KS 67901-3224
```