Roger Cox; Samantha Espino
Underwood
roger.cox@uwlaw.com
Counsel for Bank of the Panhandle

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVANINDRAKUMAR SOMBHAI PATEL | § | CASE NO. 21-20266-RLJ-7 |
| RANJANBEN A. PATEL | § | |
| | § | Chapter 7 |
| Debtors. | § | |

**RESPONSE TO AND RESERVATION OF RIGHTS BY BANK OF THE PANHANDLE REGARDING TRUSTEE'S OBJECTION TO CLAIM NO. 13**

Bank of the Panhandle ("**BOP**"), a creditor and party in interest, files the following response to the Trustee's Objection to Claim Number 13 of Bank of the Panhandle (the "**Objection**") [Doc. No. 38]:

1. BOP requests a hearing on the Objection.

2. BOP does not object to the Objection to the extent of disallowing BOP's Claim as a secured claim against assets these debtors' bankruptcy estate. On information and belief, security for BOP's claim is secured by non-debtor persons' grant of liens against property that is not property of the estate in this case.

3. BOP, however, reserves all rights regarding its claims against any other obligors or property that is not directly property of these debtors' bankruptcy estate.

4. If and to the extent that BOP elects not or, or is found not to be entitled to, participate in the Trustee's distribution, if any, in this case, BOP's rights should be preserved by way of any order entered on the Objection. Accordingly, BOP requests that it be allowed to review any proposed order presented by the Trustee regarding the Objection prior to submission to the Court for consideration.

*[remainder of page intentionally left blank]*

5. BOP consents to the entry of final orders by the bankruptcy judge.

Respectfully submitted,

*/s/ Roger S. Cox*
ROGER S. COX, Texas State Bar No. 04956200
SAMANTHA ESPINO, Texas State Bar No. 24131801
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651
Fax: (806) 379-0316
E-mail: roger.cox@uwlaw.com
E-mail: samantha.espino@uwlaw.com

**Counsel for Bank of the Panhandle**

### CERTIFICATE OF SERVICE

A copy of the foregoing was served by ECF (electronic) notification in this case.

Date of service:  March 14, 2023      */s/ Roger S. Cox*