

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 17, 2023**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVANINDRAKUMAR SOMBHAI PATEL | § § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL | § § | |
| Debtors. | § § | |

## AGREED ORDER GRANTING AUTHORIZATION TO SELL HOTEL INTERESTS

On this day came on for consideration the Motion of Kent Ries, Trustee in the above captioned bankruptcy proceeding, seeking authorization to sell the following hotel interests of the Estate to MBVD Investments, LLC (the "Buyer") for the sum of $435,000.00:

    a.    Panhandle Hospitality LLC; 11%

    b.    Prime Hospitality LLC; 12%

    c.    Diva Hospitality LLC; 11%

    d.    Axar Hospitality LLC; 15%

      e.      Dev Investments; 14%

      f.      Aims Management LLC; 20%; $80,107.00

      g.      Jai Laxmi OK LLC; unscheduled

and to satisfy the $337,431.89 claim and the $503,128.77 claim (filed as Claim Numbers 10 and 12 in the claim register) of Aims Management LLC and Diva Hospitality LLC against the Estate (hereinafter the "Motion"). The Bank of the Panhandle has filed an objection in response to the Trustee's Motion. The Court finds jurisdiction over the subject matter and has been advised that the parties in interest have reached an agreement on the Motion. The Court is of the opinion that the Motion of the Trustee, as set forth in this Order, is in order and the party's agreement should be approved. It is therefore:

**ORDERED, ADJUDGED AND DECREED**, that the Motion is hereby granted, and that the Trustee shall proceed with the sale of the hotel interests of the Estate, as described above, to the Buyer; It is further

**ORDERED, ADJUDGED AND DECREED**, that such sale is without warranty of any kind, that the assets described are those scheduled by the Debtors, and that Buyer accepts all responsibility for verifying the nature and quantity of the assets being sold, and all liens, debts and claims that encumber the assets themselves and those liens, debts and claims in the underlying entities being sold; It is further

**ORDERED, ADJUDGED AND DECREED**, that Buyer will take all action necessary to withdraw, with prejudice, Claim Numbers 10 and 12 filed in this case against the Estate; It is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee be and the same is hereby authorized to execute all documents and instruments necessary to carry out the purposes of intent of this Order.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

**AGREED:**

By: /s/ Kent Ries
 Kent Ries, Counsel for Trustee

By: /s/ Roger S. Cox
 Roger S. Cox, Counsel for Bank of the Panhandle