



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 17, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVANINDRAKUMAR SOMBHAI | § | |
| PATEL | § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL | § | |
| | § | |
| Debtors. | § | |

### AGREED ORDER ON OBJECTION TO CLAIM 13 OF BANK OF THE PANHANDLE

On this day came on for consideration the objection of Kent Ries, Trustee of the referenced bankruptcy estate, to Claim Number 13 of Bank of the Panhandle. Claim Number 13 was originally filed by Bank of the Panhandle as a secured claim in the amount of $7,041,182.00. The Court finds jurisdiction over the subject matter and has been advised that the parties in interest have reached an agreement in response to the Trustee's Objection, which includes Bank of the Panhandle's agreement that it waive any right to distributions on its unsecured claim. Further, the Court is of the opinion that the Objection of the Trustee is in order and the parties' agreement should be allowed. It is therefore:

**ORDERED, ADJUDGED AND DECREED that** Claim Number 13 of Bank of the Panhandle filed as a secured claim in the amount of $7,041,182.00 is disallowed as a secured claim against this bankruptcy estate, and that to the extent that Bank of the Panhandle holds an unsecured claim in this case, that Bank of the Panhandle be excluded from any distributions in this case on account of its unsecured claim.  However, the disallowance of Bank of the Panhandle's secured claim in this case shall have no effect on Bank of the Panhandle's secured claims as to assets of the entities described in its proof of claim or as against assets of any other non-debtor person, nor is this order an adjudication as to the nature, extent, or amount of any monetary claim of Bank of the Panhandle as to any non-debtor person or the obligations of any non-debtor person to Bank of the Panhandle.  Bank of the Panhandle may take any lawful action to administer or enforce the obligations of non-debtor persons or their assets. Bank of the Panhandle merely agrees (and this Court finds) that Bank of the Panhandle has no lien on the assets which comprise this bankruptcy estate as of the date of this Order and that Bank of the Panhandle waives any right to a distribution on account of any unsecured claim it may hold against this bankruptcy estate.

# # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

**AGREED:**

By: /s/ Kent Ries
    Kent Ries, Counsel for Trustee


By: /s/ Roger S. Cox
    Roger S. Cox, Counsel for Bank of the Panhandle