Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| AVANINDRAKUMAR SOMBHAI § | |
| PATEL § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL § | |
| § | |
| Debtors. § | |

## TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING ON OBJECTION TO CLAIM 15 OF DENNY BHAKTA

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now, Kent Ries, Trustee in the above-entitled case, and files this his Witness and Exhibit List, and respectfully shows the Court as follows:

1. Trustee may call one or more of the following witnesses at the hearing:

    A. Denny Bhakta

    B. Kent Ries

2. Trustee may produce one or more of the following exhibits at the hearing:

    A. Claim # 15 filed in this case

    B. U. S. Attorney's Office News Release dated 12/14/21

    C. Securities and Exchange Commission Complaint dated 12/14/21

3. The estimated time of hearing is 30 minutes.

Respectfully Submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050

COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on this 5th day of April 2023, a true and correct copy of the foregoing document was sent electronically to the following parties:

U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Allen Cate, Attorney for Denny Bhakta
Cate Legal Group
888 Prospect St., Suite 200
La Jolla, CA 92037

Van Northern
Northern Legal, P.C.
3545 S Georgia St.
Amarillo, TX 79109

/s/ Kent Ries
Kent Ries