

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 13, 2023

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVANINDRAKUMAR SOMBHAI | § | |
| PATEL | § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL | § | |
| | § | |
| Debtors. | § | |

### ORDER APPROVING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE

Upon the Motion of Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, seeking Approval of Employment of Accountant, and it appearing to the Court that the accounting firm of LPT CPAs + Advisors PLLC, 801 S. Fillmore, Suite 420, Amarillo, Texas, is qualified to provide the professional services required by the Trustee, and the Court having determined that it is necessary that the Trustee employ such accounting firm in connection with this bankruptcy proceeding, and that the employment of this accounting firm is in the best interest of the Estate and should be allowed; It is therefore

**ORDERED, ADJUDGED AND DECREED,** that the Trustee, Kent Ries, is hereby authorized to employ LPT CPAs + Advisors PLLC, as accountant to provide accounting services in this proceeding, and to receive compensation and reimbursement of expenses as may be approved by this Court upon proper application.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE