Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| AVANINDRAKUMAR SOMBHAI § | |
| PATEL § | CASE NO. 21-20266-RLJ-7 |
| and RANJANBEN A. PATEL § | |
| § | |
| **Debtors.** § | |

## REPORT OF SALE

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, and files this Report of Sale, and in support thereof would respectfully show unto the Court as follows:

1. Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on December 1, 2021. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. Trustee filed his Motion to Sell Hotel Interests for the gross sale price of $435,000.00 on February 13, 2023, and this Court entered its Order approving same on March 21, 2023.

3. The entire payment on the $435,000.00 purchase price was actually received and deposited by the Trustee on April 4, 2023.

**WHEREFORE, PREMISES CONSIDERED,** Kent Ries, Trustee herein, respectfully notifies this Court of this Report of Sale.

Respectfully Submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of May, 2023, a true and correct copy of the foregoing Report of Sale was sent electronically or mailed in the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

/s/ Kent Ries
Kent Ries

| | | |
|---|---|---|
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AES<br>Attn: Bankruptcy<br>PO Box 64378<br>St. Paul, MN 55164-0378 | AIMS MANAGEMENT LLC<br>3438 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459-1785 |
| AIMS Management, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471-2873 | Allan Cate<br>888 Prospect St., Suite 200<br>Suite 200<br>La Jolla, CA 92037-4261 | ALPESH R. PATEL<br>39301 I40 EAST<br>AMARILLO, TX 79103 |
| Amarillo Podiatry PA<br>4014 SW 34th Ave<br>Amarillo, TX 79109-4434 | American Honda Finance<br>Attn: National Bankruptcy Center<br>PO Box 168088<br>Irving, TX 75016 | ARTI PATEL & JAYESH PATEL<br>2725 CASCADE DR<br>PLANO, TX 75025-4133 |
| Attorney-In-Charge<br>Office of The United States Attorney<br>500 S. Taylor, Lobby Box 238<br>Amarillo, TX 79101-2446 | AXAR HOSPITALITY LLC<br>HOLIDAY INN EXPRESS<br>2723 S. MAIN ST.<br>PERRYTON, TX 79070-5311 | Bank of America<br>Attn: Bankruptcy<br>PO Box 982234<br>El Paso, TX 79998 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO, TX 79998-2238 | Bank Of The Panhandle<br>Po Box 2180<br>Guymon, OK 73942-2180 | Bank of the Panhandle<br>P.O. Box 2189<br>Guymon, OK 73942 |
| Bank of the Panhandle<br>co Underwood Law Firm<br>P.O. Box 9158<br>Amarillo, TX 79105-9158 | BHAKTI N. PATEL<br>1907 LUTHER ROAD<br>IRVING, TX 75063-3938 | BHAKTI N. PATEL<br>3438 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459-1785 |
| BHARTI PATEL<br>6311 BASSWOOD LANE<br>AMARILLO, TX 79124-4992 | Bharti Patel<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Certified Collectors, Inc.<br>Attn: Bankruptcy<br>PO Box 1906<br>Amarillo, TX 79105-1906 |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | CHETNA PATEL<br>3438 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459-1785 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| Comptroller of Public Accounts<br>Taxation Division Bankruptcy<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Denny Bhakta<br>Allan Cate, Attorney<br>Cate Legal Group<br>888 Prospect St., Suite 200<br>La Jolla, CA 92037-4261 | DENNY THAKORBHAI BHAKTA<br>9984 SCRIPPS RANCH BLVD<br>APT 173<br>SAN DIEGO, CA 92131-1825 |
| DEV INVESTMENTS LLC<br>701 SE HWY 3<br>GUYMON, OK 73942-5459 | DHIRU N. PATEL<br>619 E. PANCAKE BLVD<br>LIBERAL, KS 67901-4317 | Dilip Patel<br>c/o John Massouh<br>PO Box 15008<br>Amarillo<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | DIVA HOSPITALITY LLC<br>DBA COMFORT SUITES PRATT KS<br>3438 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459-1785 | DIVA Hospitality, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471-2873 |
| ERM PVC LLC<br>3834 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459 | ERM PVC LLC<br>6119 ABERCOMBIE LN<br>SUGARLAND, TX 77479-4653 | HINA M. BHAKTA<br>3059 SAGEWOOD LN<br>CORONA, CA 92882-8721 |
| Hitendra N. Bhakta<br>1400 Mabry Drive<br>Clovis, NM 88101-7829 | Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Ishverbhai T. Bhakta<br>4260 Yucca Drive<br>Irving, TX 75038-3563 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE, LA 71203-4774 | JYOTI B. BHAKTA<br>619 E. PANCAKE BLVD<br>LIBERAL, KS 67901-4317 | KEATING BROWN PLLC<br>c/o Patrick D. Keating, Attorney<br>2425 N. Central Expressway, Ste 200<br>Richardson, TX 75080-2700 |
| Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | LAXMIBEN S. BHAKTA<br>619 E. PANCAKE BLVD<br>LIBERAL, KS 67901-4317 | MUKESH D. PATEL<br>6119 ABERCOMBIE LN<br>SUGARLAND, TX 77479-4653 |
| NARENDRA K. PATEL<br>1800 JACODA AVE<br>AMARILLO, TX 79118-5217 | PANHANDLE HOSPITALITY LLC<br>BUDGET INN<br>212 NE HWY 54<br>GUYMON, OK 73942-5382 | Perdue Brandon et al (Lubbock)<br>PO Box 817<br>Lubbock, TX 79408-0817 |
| Perdue Brandon et al - (Amarillo)<br>PO Box 9132<br>Amarillo, TX 79105-9132 | POKALA LAW APC<br>2535 KEETTNER BLVD, 2C-2<br>SAN DIEGO, CA 92101-1269 | POORNIMA M. PATEL<br>6119 ABERCOMBIE LN<br>SUGARLAND, TX 77479-4653 |
| Preferred Imaging<br>14 Medical Dr,<br>Amarillo, TX 79106-4136 | PRIME HOSPITALITY LLC<br>BEST WESTERN PLUS<br>212 NE SR61<br>PRATT, KS 67124 | RAJSHREE B. PATEL<br>1800 MABRY DR.<br>CLOVIS, NM 88101-8000 |
| Ravindra Chuninbhai Patel<br>Bindu Patel<br>11925 Southcrest Lane<br>Pineville, NC 28134-9132 | RICHARD BIGGS<br>Mullin Hoard & Brown, LLP<br>PO Box 31656<br>Amarillo, TX 79120-1656 | SANMUKH BHAKTA<br>619 E. PANCAKE BLVD<br>LIBERAL, KS 67901-4317 |
| SAVITA I. BHAKTA<br>4260 YUCCA DR.<br>IRVING, TX 75038-3563 | SEJAL G. PATEL<br>3438 PEBBLE CREEK DR<br>MISSOURI CITY, TX 77459-1785 | Social Security Administration<br>601 E. 12th St<br>Kansas City, MO 64106-2859 |

```
Synchrony Bank/Sams Club            Taxing Districts %PBFCM             Taxing Districts Collected by
Attn: Bankruptcy Dept               Perdue Brandon Law Firm             Potter County
PO Box 965060                       PO BOX 9132                         %PBFCM
Orlando, FL 32896-5060              AMARILLO, TX 79105-9132             PO BOX 9132
                                                                        Amarillo, TX 79105-9132


Texas Workforce Commission          United States Trustee               Van W. Northern
101 E. 15th Street                  1100 Commerce Street                Northern Law Firm, PC
Austin, TX 78778-0001               Room 976                            3545 S. Georgia
                                    Dallas, TX 75242-0996               Amarillo, TX 79109-4845


VISHAL PATEL                        YOXALL, ANTRIM & ERYMIRE LLP
3438 PEBBLE CREEK DR                C/O RICHARD YOXALL
MISSOURI CITY, TX 77459-1785        101 WEST FOURTH ST
                                    LIBERAL, KS 67901-3224
```