Travis C. Badger
State Bar No. 24082646
Badger Law PLLC
3400 Avenue H, 2nd Floor
Rosenberg, Tx 77471
281.633.9900 Phone
281.633.9916 Fax
ATTORNEY FOR DIVA HOSPITALITY, LLC AND AIMS MANAGEMENT, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AVANINDRAKUMAR SOMBHAI PATEL | § | |
| AND RANJANBEN A. PATEL | § | CASE NO. 21-20266 |
| | § | |
| Debtor | § | (Chapter 7) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM # 10 OF AIMS MANAGEMENT, LLC**

AIMS Management, LLC, by and through counsel, hereby withdraws its Proof of Claim No. 10 in the total amount of $337,431.89 filed on April 18, 2022.

The full balance of Proof of Claim No. 10 was satisfied pursuant to that certain sale of hotel interests to Creditor authorized by that certain Agreed Order Granting Authorization to Sell Hotel Interests (Doc. 45, 3/21/23) and corresponding sale of hotel interests.

Respectfully submitted,

**BADGER LAW, PLLC**

*/s/ Travis C. Badger*
Bruce M. Badger
TXSBN 01498700
Travis C. Badger
TXSBN 24082646
3400 Avenue H, Second Floor
Rosenberg, Texas 77471
Tel. (281) 633-9900
Fax (281) 633-9916
Attorney for AIMS Management, LLC

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was filed electronically through the Court's ECF System on this 22nd day of June, 2023. Notice of this filing will be served upon all parties entitled to notice by electronic mail.

                                            */s/ Travis C. Badger*
                                            Travis C. Badger