**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: PATEL, AVANINDRAKUMAR SOMBHAI  PATEL, RANJANBEN A. | § § § § | Case No. 21-20266 |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/01/2021. The undersigned trustee was appointed on 12/01/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $ 435,104.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 55,511.00 |
   | Bank service fees | 4,051.02 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 375,542.69 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/19/2022 and the deadline for filing governmental claims was 05/30/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,005.24. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $25,005.24, for a total compensation of $25,005.24[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2023             By: /s/ Kent Ries
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 21-20266  
**Case Name:** PATEL, AVANINDRAKUMAR SOMBHAI  
PATEL, RANJANBEN A.  
**For Period Ending:** 10/19/2023

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 12/01/2021 (f)  
**§ 341(a) Meeting Date:** 01/19/2022  
**Claims Bar Date:** 04/19/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6707 Blossom Ct, Amarillo, TX 79124, Potter County | 304,675.00 | 0.00 | | 0.00 | FA |
| 2 | 2001 Nissan Frontier | 300.00 | 300.00 | | 0.00 | FA |
| 3 | 2008 Honda Odyssey Van | 5,875.00 | 0.00 | | 0.00 | FA |
| 4 | 2015 Honda Odyssey | 17,725.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods and furnishings | 12,000.00 | 0.00 | | 0.00 | FA |
| 6 | Equipment for sports and hobbies | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Happy State Bank Checking Account - 0547 | 7,000.00 | 0.00 | | 0.00 | FA |
| 10 | Happy State Bank Checking Account - 9800 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Aims Management LLC<br>Value of this entity set off by Claim #10, per Sale Order dated 3/17/23. | 80,107.00 | 80,107.00 | | 0.00 | FA |
| 12 | Happy Growth LLC | 104.00 | 104.00 | | 104.71 | FA |
| 13 | Panhandle Hospitality LLC | 87,000.00 | 87,000.00 | | 78,000.00 | FA |
| 14 | Prime Hospitality LLC | 64,000.00 | 64,000.00 | | 60,000.00 | FA |
| 15 | Diva Hospitality LLC<br>Value of this entity set off by Claim #12, per Sale Order dated 3/17/23. | 205,040.00 | 205,040.00 | | 0.00 | FA |
| 16 | Axar Hospitality LLC | 28,333.00 | 28,333.00 | | 97,000.00 | FA |
| 17 | Dev Investments | 181,000.00 | 181,000.00 | | 200,000.00 | FA |
| 18 | Retirement or pension accounts | 68,000.00 | 0.00 | | 0.00 | FA |
| 19 | Retirement or pension accounts | 69,036.82 | 0.00 | | 0.00 | FA |
| 20 | Retirement or pension accounts | 89,000.00 | 0.00 | | 0.00 | FA |
| 21 | Retirement or pension accounts | 49,504.75 | 0.00 | | 0.00 | FA |
| 22 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Interests in insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Claims against third parties | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| Case No.: | 21-20266 | Trustee Name: | (631700) Kent Ries |
|---|---|---|---|
| Case Name: | PATEL, AVANINDRAKUMAR SOMBHAI PATEL, RANJANBEN A. | Date Filed (f) or Converted (c): | 12/01/2021 (f) |
| | | § 341(a) Meeting Date: | 01/19/2022 |
| For Period Ending: | 10/19/2023 | Claims Bar Date: | 04/19/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Accounts receivable or commissions already earned | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Claims against third parties - Potential claim against Aims Management LLC and four members (Mukesh Patel, Vishal Patel, Ishverbhai T. Bhakta, and Dhiru N. Patel) All members withdrew $75,000 each and currently still owe Debtor 1 his $75,000 portion. | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 27 | Claims against third parties - Potential claim against Vishal Patel and Chetna Patel regarding a promissory note dated August 1, 2015 for funds loaned. Owed to Debtor 2. Last payment was made in 02/2017. | 53,000.00 | 53,000.00 | | 0.00 | FA |
| 28 | Claims against third parties - Potential claim against Fusion Managements LLC, Fusion hotel and Member Denny Bhakta. Owed to Debtor 2 and Happy Growth LLC. | 4,700,000.00 | 4,700,000.00 | | 0.00 | FA |
| 29 | Claims against third parties - Potential claim against Dev Investment LLC and members (Holiday Inn Express, Guymon, Oklahoma) Joint debtor had a 14% interest in company. Company was sold at $6.2 million plus and funds in the Dev Investment LLC bank account. Owed to Debtor 2. | 181,000.00 | 181,000.00 | | 0.00 | FA |
| 30 | Plus Stock values listed in paragraph 19, Directors refuse to pay distributions owed. $80,000 to Debtor 1. | Unknown | 0.00 | | 0.00 | FA |
| **30** | Assets Totals (Excluding unknown values) | **$6,280,300.57** | **$5,654,884.00** | | **$435,104.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/29/2023     **Current Projected Date Of Final Report (TFR):** 10/19/2023 (Actual)

UST Form 101-7-TFR (5/1/2011)

Form 2 — Exhibit B

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 21-20266 | Trustee Name: | Kent Ries (631700) |
|---|---|---|---|
| Case Name: | PATEL, AVANINDRAKUMAR SOMBHAI PATEL, RANJANBEN A. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******2963 Checking |
| Taxpayer ID #: | **-***3848 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 10/19/2023 | Separate Bond (if applicable): | $465,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/07/22 | {12} | Happy Growth LLC | Interest in Happy Growth | 1129-000 | 104.71 | | 104.71 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 99.71 |
| 04/04/23 | | MBVD Investment LLC | Sale of hotel interests | | 435,000.00 | | 435,099.71 |
| | {14} | | Sale proceeds $60,000.00 | 1129-000 | | | |
| | {16} | | Sale proceeds $97,000.00 | 1129-000 | | | |
| | {13} | | Sale proceeds $78,000.00 | 1129-000 | | | |
| | {17} | | Sale proceeds $200,000.00 | 1129-000 | | | |
| 04/06/23 | 101 | George Adams & Co. | case bond | 2300-000 | | 400.00 | 434,699.71 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 534.27 | 434,165.44 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 765.43 | 433,400.01 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 694.62 | 432,705.39 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 670.39 | 432,035.00 |
| 08/30/23 | 102 | United States Treasury | 20221041-v | 2810-000 | | 2,269.00 | 429,766.00 |
| 08/30/23 | 103 | Kansas Fiduciary Tax | 2022 K=41V #35-7303848 | 2820-000 | | 75.00 | 429,691.00 |
| 08/30/23 | 104 | Oklahoma Tax Commission | 2022 513NR #35-7303848 | 2820-000 | | 1,379.00 | 428,312.00 |
| 08/30/23 | 105 | United States Treasury | 2021/1041 #35-7303848 | 2810-000 | | 9,490.00 | 418,822.00 |
| 08/30/23 | 106 | Kansas Fiduciary Tax | 2021 K41V #35-7303848 | 2820-000 | | 947.00 | 417,875.00 |
| 08/30/23 | 107 | Oklahoma Tax Commission | 2021 513nr #35-7303848 | 2820-000 | | 13,396.00 | 404,479.00 |
| 08/30/23 | 108 | United States Treasury | 2022 1041-v #93-6499639 | 2810-000 | | 2,269.00 | 402,210.00 |
| 08/30/23 | 109 | Kansas Fiduciary Tax | 2022 k-41v #936499639 | 2820-000 | | 75.00 | 402,135.00 |
| 08/30/23 | 110 | Oklahoma Tax Commission | 2022 513nr #93-6499639 | 2820-000 | | 1,379.00 | 400,756.00 |
| 08/30/23 | 111 | United States Treasury | 2021 1041-v #936499639 | 2810-000 | | 9,490.00 | 391,266.00 |
| 08/30/23 | 112 | Kansas Fiduciary Tax | 2021 41v #93-3199639 | 2820-000 | | 947.00 | 390,319.00 |
| 08/30/23 | 113 | Oklahoma Tax Commission | 2021 513nr #93-6499639 | 2820-000 | | 13,395.00 | 376,924.00 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 761.75 | 376,162.25 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 619.56 | 375,542.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 435,104.71 | 59,562.02 | $375,542.69 |
| | Less: Bank Transfers/CDs | | | | 0.00 | 0.00 | |
| | Subtotal | | | | 435,104.71 | 59,562.02 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $435,104.71 | $59,562.02 | |

{ } Asset Reference(s)      UST Form 101-7-TFR (5/1/2011)      ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-20266 | **Trustee Name:** | Kent Ries (631700) | |
| **Case Name:** | PATEL, AVANINDRAKUMAR SOMBHAI PATEL, RANJANBEN A. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***3848 | **Account #:** | ******2963 Checking | |
| **For Period Ending:** | 10/19/2023 | **Blanket Bond (per case limit):** | N/A | |
| | | **Separate Bond (if applicable):** | $465,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2963 Checking | $435,104.71 | $59,562.02 | $375,542.69 |
| | **$435,104.71** | **$59,562.02** | **$375,542.69** |

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 21-20266 AVANINDRAKUMAR S. PATEL AND RANJANBEN A. PATEL

Claims Bar Date: 04/19/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Taxing Districts Collected by Potter County %PBFCM<br>PO BOX 9132<br>Amarillo, TX 79105<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/28/22 | | $2,887.72<br>$0.00 | $0.00 | $0.00 |
| | Doc. #37 \| 02/09/2023 \| Withdrawal of claim. Claim has been satisfied. | | | | | |
| 101 | Kent Ries<br>PO Box 3100<br>Amarillo, TX 79116<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>06/21/23 | | $25,005.24<br>$25,005.24 | $0.00 | $25,005.24 |
| 102 | LPT CPAs + Advisors PLLC<br>801 S. Fillmore, Suite 420<br>Amarillo, TX 79101<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>10/19/23 | | $16,088.00<br>$16,088.00 | $0.00 | $16,088.00 |
| 103 | LPT CPAs + Advisors PLLC<br>801 S. Fillmore, Suite 420<br>Amarillo, TX 79101<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200 | Administrative<br>10/19/23 | | $85.86<br>$85.86 | $0.00 | $85.86 |
| 104 | Law Office of Kent Ries<br>PO Box 3100<br>Amarillo, TX 79116<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>10/19/23 | | $13,615.00<br>$13,615.00 | $0.00 | $13,615.00 |
| 105 | Law Office of Kent Ries<br>PO Box 3100<br>Amarillo, TX 79116<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>10/19/23 | | $454.27<br>$454.27 | $0.00 | $454.27 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 21-20266 AVANINDRAKUMAR S. PATEL AND RANJANBEN A. PATEL

Claims Bar Date: 04/19/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Claim amended on 3/16/22. | Priority<br>02/11/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/25/22 | | $68.16<br>$68.16 | $0.00 | $68.16 |
| 3 | NARENDRA K. PATEL<br>1800 JACODA AVE<br>AMARILLO, TX 79118<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>01/28/22 | | $500,000.00<br>$500,000.00 | $0.00 | $500,000.00 |
| 4 | ALPESH R. PATEL<br>AMARILLO, TX 79103<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>02/04/22 | | $62,876.71<br>$62,876.71 | $0.00 | $62,876.71 |
| 5-2 | Internal Revenue Services<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/16/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 6 | SAVITABEN I. BHAKTA<br>4200 YUCCA DR<br>IRVING, TX 75038<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/15/22 | | $580,000.00<br>$580,000.00 | $0.00 | $580,000.00 |
| 7 | SAVITABEN I. BHAKTA<br>4200 YUCCA DR<br>IRVING, TX 75038<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/15/22 | | $0.00<br>$0.00 | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 21-20266 AVANINDRAKUMAR S. PATEL AND RANJANBEN A. PATEL

Claims Bar Date: 04/19/22

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 8 | BHARTI PATEL<br>6311 BASSWOOD LANE<br>AMARILLO, TX 79124<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/14/22 | | $1,102,714.47<br>$1,102,714.47 | $0.00 | $1,102,714.47 |
| 9 | AIMS Management, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/18/22 | | $504,904.18<br>$504,904.18 | $0.00 | $504,904.18 |
| 10 | AIMS Management, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/18/22 | | $337,431.89<br>$0.00 | $0.00 | $0.00 |

Doc. #66 | 06/26/2023 | Withdrawal of claim(s) Claim has been satisfied. Claim: 10 Filed by Creditor AIMS MANAGEMENT, LLC. (Badger, Bruce)

--------------------------------------------------------------------------------------------------------------------

Doc. #65 | 06/23/2023 | Withdrawal of claim(s) Claim has been satisfied. Claim: 10 Filed by Creditor AIMS MANAGEMENT, LLC. (Badger, Bruce)

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 11 | AIMS Management, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/18/22 | | $335,419.18<br>$335,419.18 | $0.00 | $335,419.18 |
| 12 | DIVA Hospitality, LLC<br>Badger Law Office<br>3400 Ave. H, 2nd Flr.<br>Rosenberg, TX 77471<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/18/22 | | $503,128.77<br>$0.00 | $0.00 | $0.00 |

Doc. #64 | 06/23/2023 | Withdrawal of claim(s) Claim has been satisfied. Claim: 12 Filed by Creditor DIVA HOSPITALITY, LLC. (Badger, Bruce)

Page: 4

# Exhibit C

## Analysis of Claims Register

### Case: 21-20266 AVANINDRAKUMAR S. PATEL AND RANJANBEN A. PATEL

Claims Bar Date: 04/19/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 13 | Bank of the Panhandle<br>P.O. Box 2180<br>Guymon, OK 73942<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>#46 Agreed Order dated 3/17/23, claim disallowed. | Unsecured<br>04/18/22 | | $7,041,182.00<br>$0.00 | $0.00 | $0.00 |
| 14 | ARTI PATEL & JAYESH PATEL<br>2725 CASCADE DR<br>PLANO, TX 75025<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>04/19/22 | | $564,101.79<br>$564,101.79 | $0.00 | $564,101.79 |
| 15 | Denny Bhakta<br>Allan Cate, Attorney<br>Cate Legal Group, 888 Prospect St., Suite 200<br>La Jolla, CA 92037<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Doc. #63 \| 06/20/2023 \| Withdrawal of claim(s): 15 Filed by Creditor Denny Bhakta. (Newark, Robert) | Unsecured<br>04/19/22 | | $3,120,000.00<br>$0.00 | $0.00 | $0.00 |
| | | | Case Total: | | $0.00 | $3,705,332.86 |

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 21-20266
Case Name: AVANINDRAKUMAR S. PATEL AND RANJANBEN A. PATEL
Trustee Name: Kent Ries

**Balance on hand:** $ 375,542.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Taxing Districts Collected by Potter County | 2,887.72 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 375,542.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kent Ries | 25,005.24 | 0.00 | 25,005.24 |
| Attorney for Trustee Fees - Law Office of Kent Ries | 13,615.00 | 0.00 | 13,615.00 |
| Attorney for Trustee, Expenses - Law Office of Kent Ries | 454.27 | 0.00 | 454.27 |
| Accountant for Trustee Fees (Other Firm) - LPT CPAs + Advisors PLLC | 16,088.00 | 0.00 | 16,088.00 |
| Accountant for Trustee Expenses (Other Firm) - LPT CPAs + Advisors PLLC | 85.86 | 0.00 | 85.86 |

Total to be paid for chapter 7 administrative expenses: $ 55,248.37
Remaining balance: $ 320,294.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 320,294.32

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 | Internal Revenue Services | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 320,294.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,650,084.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 68.16 | 0.00 | 5.98 |
| 3 | NARENDRA K. PATEL | 500,000.00 | 0.00 | 43,874.92 |
| 4 | ALPESH R. PATEL | 62,876.71 | 0.00 | 5,517.42 |
| 5-2 | Internal Revenue Services | 0.00 | 0.00 | 0.00 |
| 6 | SAVITABEN I. BHAKTA | 580,000.00 | 0.00 | 50,894.91 |
| 7 | SAVITABEN I. BHAKTA | 0.00 | 0.00 | 0.00 |
| 8 | BHARTI PATEL | 1,102,714.47 | 0.00 | 96,763.02 |
| 9 | AIMS Management, LLC | 504,904.18 | 0.00 | 44,305.26 |
| 10 | AIMS Management, LLC | 0.00 | 0.00 | 0.00 |
| 11 | AIMS Management, LLC | 335,419.18 | 0.00 | 29,432.98 |
| 12 | DIVA Hospitality, LLC | 0.00 | 0.00 | 0.00 |
| 13 | Bank of the Panhandle | 0.00 | 0.00 | 0.00 |
| 14 | ARTI PATEL & JAYESH PATEL | 564,101.79 | 0.00 | 49,499.83 |
| 15 | Denny Bhakta | 0.00 | 0.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 320,294.32 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**