**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

In re: PATEL, AVANINDRAKUMAR SOMBHAI  §  Case No. 21-20266
      PATEL, RANJANBEN A.                                  §
                                                                                 §
                                                                                 §
      Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Kent Ries</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

205 SOUTHEAST FIFTH AVENUE
ROOM 201D
AMARILLO, TX 79101

Date Mailed: <u>10/19/2023</u>        By: /s/ Kent Ries
                                                                                                Trustee

Kent Ries
PO Box 3100
Amarillo, TX 79116
(806) 242-7437

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

In re: PATEL, AVANINDRAKUMAR SOMBHAI § Case No. 21-20266
PATEL, RANJANBEN A. §
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 435,104.71 |
| *and approved disbursements of:* | $ | 59,562.02 |
| *leaving a balance on hand of[1] :* | $ | 375,542.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Taxing Districts Collected by Potter County | 2,887.72 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 375,542.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Kent Ries | 25,005.24 | 0.00 | 25,005.24 |
| Attorney for Trustee Fees - Law Office of Kent Ries | 13,615.00 | 0.00 | 13,615.00 |
| Attorney for Trustee, Expenses - Law Office of Kent Ries | 454.27 | 0.00 | 454.27 |
| Accountant for Trustee Fees (Other Firm) - LPT CPAs + Advisors PLLC | 16,088.00 | 0.00 | 16,088.00 |
| Accountant for Trustee Expenses (Other Firm) - LPT CPAs + Advisors PLLC | 85.86 | 0.00 | 85.86 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for chapter 7 administrative expenses: | $ | 55,248.37 |
|---|---|---|---|
| | Remaining balance: | $ | 320,294.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 320,294.32 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Internal Revenue Services | 0.00 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 320,294.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,650,084.49 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 68.16 | 0.00 | 5.98 |
| 3 | NARENDRA K. PATEL | 500,000.00 | 0.00 | 43,874.92 |
| 4 | ALPESH R. PATEL | 62,876.71 | 0.00 | 5,517.42 |
| 5-2 | Internal Revenue Services | 0.00 | 0.00 | 0.00 |
| 6 | SAVITABEN I. BHAKTA | 580,000.00 | 0.00 | 50,894.91 |
| 7 | SAVITABEN I. BHAKTA | 0.00 | 0.00 | 0.00 |
| 8 | BHARTI PATEL | 1,102,714.47 | 0.00 | 96,763.02 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 9 | AIMS Management, LLC | 504,904.18 | 0.00 | 44,305.26 |
| 10 | AIMS Management, LLC | 0.00 | 0.00 | 0.00 |
| 11 | AIMS Management, LLC | 335,419.18 | 0.00 | 29,432.98 |
| 12 | DIVA Hospitality, LLC | 0.00 | 0.00 | 0.00 |
| 13 | Bank of the Panhandle | 0.00 | 0.00 | 0.00 |
| 14 | ARTI PATEL & JAYESH PATEL | 564,101.79 | 0.00 | 49,499.83 |
| 15 | Denny Bhakta | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $  320,294.32
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for tardily filed general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | | None | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Kent Ries
                          Trustee

Kent Ries
PO Box 3100
Amarillo, TX 79116
(806) 242-7437

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**